UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Packman, Esquire
Douglas G. Leney, Esquire
ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (215) 963-3300
Facsimile: (215) 963-9999
Email: spackman@archerlaw.com
          dleney@archerlaw.com
*Proposed Attorneys for Debtors*

In re:

PLASTIC SUPPLIERS, INC.,[1]

Debtor.

Chapter 11

Case No. 24-22549
(Jointly Administered)

**Hearing Date:    TBD**
**Objections Due: 1/23/2025**

### NOTICE OF APPLICATION FOR RETENTION OF
### ARCHER & GREINER, P.C. NUNC PRO TUNC TO DECEMBER 22, 2024

TO:    PARTIES ON THE SERVICE LIST

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession, Plastic Suppliers, Inc. d/b/a ("PSI"), Sidaplax, Inc. ("SI"), and Specialty Films, Inc. ("SFI", and collectively with PSI and SI, the "Debtors"), by and through its undersigned counsel, has filed papers with the court requesting the entry for entry of an order substantially in the form as that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Plastic Suppliers, Inc. (9518); Sidaplax, Inc. (4275); and Specialty Films, Inc. (4273). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2400-2450 Marilyn Pk. Ln., Columbus, OH 43219.

1

229868881 v1

submitted herewith (the "Order")[2] authorizing the Debtors to retain and employ Archer as their bankruptcy counsel *nunc pro tunc* to December 22, 2024 .  Your rights might be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  The Debtors shall rely upon the attached Application.  A proposed form of Order and Certificate of Service are also submitted herewith.

If you do not want the Court to enter an Order granting the relief requested in the Application, or if you want the court to consider your views on an objection, then on or before **January 23, 2025**, you or your attorney must file with the Court a written request for a hearing or response or answer explaining your position at the:

United States Bankruptcy Court
District of New Jersey
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also serve a copy upon:  (i) proposed counsel for the Debtors, Archer & Greiner, P.C., Attn:  Stephen M. Packman, 1025 Laurel Oak Road, Voorhees, New Jersey, 08043 (spackman@archerlaw.com); (ii) (a) Office of the United States Trustee, Attn: Jeffrey M. Sponder, Assistant U.S. Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102, (jeffrey.m.sponder@usdoj.gov); (b) Office of the United States Trustee, Attn: Martha Hildebrandt, Assistant U.S. Trustee, One Newark Center, 1085 Raymond Boulevard, Suite. 2100, Newark, NJ 07102 (martha.hildebrandt@usdoj.gov); and (c) Office of the United States Trustee,

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

2

229868881 v1

Attn: Samantha S. Lieb, Assistant U.S. Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102 (samantha.lieb2@usdoj.gov); (iii) (a) counsel for MidCap Business Credit LLC, Blank Rome LLP, Attn: Regina Stango Kelbon, 1201 Market Street, Suite 800, Wilmington, DE 19801 (regina.kelbon@blankrome.com); and (b) Blank Rome, LLP, Attn: Gregory F. Vizza, One Logan Square, 130 North 18th Street, Philadelphia, PA 19103 (gregory.vizza@blankrome.com); (iii) counsel for the Stalking Horse Purchaser, McGrail & Bensinger LLP, Attn: Ilana Volkov,  888-C 8th Avenue #107, New York, NY 10019 (Ivolkov@mcgrailbensinger.com); and (iv) proposed counsel to the Official Committee of Unsecured Creditors, Porzio Bromberg & Newman Creditors, Attn: Brett S. Moore bsmoore@pbnlaw.com) and Kelly D. Curtin (kdcurtin@pbnlaw.com), 1675 Broadway, Suite 1810, New York, NY 10019-3800.

You must attend the hearing to be scheduled to be held before the Honorable Andrew B. Altenburg, Jr. at a date and time to be determined in the United States Bankruptcy Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden NJ 08101 in Courtroom 4B.  If you do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an Order granting the Application.

Dated:  January 8, 2025                              ARCHER & GREINER, P.C.

/s/ Stephen M. Packman
Stephen M. Packman
Douglas G. Leney
1025 Laurel Oak Road
Voorhees, NJ  08043
(215) 963-3300
(215) 963-9999 (fax)
spackman@archerlaw.com
dleney@archerlaw.com

*Proposed Counsel to the Debtor*

3

229868881 v1