UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Packman, Esquire
Douglas G. Leney, Esquire
ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (215) 963-3300
Facsimile: (215) 963-9999
Email: spackman@archerlaw.com
        dleney@archerlaw.com
*Proposed Attorneys for Debtors*

| | |
|---|---|
| In re: | Chapter 11 |
| PLASTIC SUPPLIERS, INC.,[1] | Case No. 24-22549 (ABA) (Jointly Administered) |
| Debtors. | Judge:  Altenburg |

**CERTIFICATION OF STEPHEN M. PACKMAN IN SUPPORT OF
APPLICATION FOR RETENTION OF ARCHER & GREINER, P.C.
*NUNC PRO TUNC* TO DECEMBER 22, 2024**

Stephen M. Packman, Esquire, being of full age, certifies as follows:

1.      In accordance with the subject Application, I request authorization of the Court for Archer & Greiner, P.C. ("Archer") to be retained as attorneys for the debtors ("Debtors") in the above-captioned chapter 11 bankruptcy cases (the "Cases"). I am a member of the firm of Archer and have practiced insolvency law with the firm since June of 1992 and with the firm of Klehr, Harrison prior to that, from August of 1989 through May of 1992.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are:  Plastic Suppliers, Inc. (9518); Specialty Films, Inc. (4273); and Sidaplax, Inc. (4275).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  2400-2450 Marilyn Pk. Ln., Columbus, OH 43219.

229799280 v6

2.      I am a graduate of the University of Michigan and hold my law degree from Temple University (now Temple University Beasley School of Law). I have been a bankruptcy attorney and commercial litigator for 35 years. The attorneys I work with, including those below, in the Bankruptcy, Restructuring, and Insolvency Litigation Group at Archer, are experienced insolvency and corporate attorneys.  We have represented debtors, as well as many other constituents in bankruptcy proceedings, including Chapter 11 and 15 debtors in cases in New Jersey, Pennsylvania, New York, Delaware, Texas and elsewhere.

3.      Archer has been retained by the Debtors, subject to Court approval, to represent them on an hourly fee billing basis, together with reimbursement of approved expenses, at the following hourly billing rates, which rates are in accordance with the normal and customary rates that Archer charges for similar services: [2]

| | |
|---|---|
| Stephen M. Packman, Esq.: | $800.00 / hr. |
| Natasha M. Songonuga, Esq.: | $655.00 / hr. |
| Douglas G. Leney, Esq.: | $550.00 / hr. |
| Brian McGovern, Esq.: | $525.00 / hr. |
| Amy M. Huber, Paralegal: | $230.00 / hr. |

4.      To the best of my knowledge, after reasonable and diligent investigation, Archer's connection with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in of by the office of the United States Trustee, the Court, or any Judge or person employed in or by the Court, is as follows:

a.      Archer represented the Debtors, pre-petition, which representation and associated compensation received by Archer for its insolvency services, has been

---

[2] Archer typically increases the hourly billing rate of attorneys and paraprofessionals once a year on October 1st. Any such increase, if applicable in the Cases, will be reported to the UST, Court and other parties in interest, as required by the UST guidelines.

2

disclosed by Archer in this proceeding as required under Bankruptcy Rule 2016. Archer has represented to the Debtors that it is not aware of any connection between the firm and any parties, persons or entities in these Cases which would render Archer not a disinterested person. Archer has represented to the Debtors that it does not hold an interest adverse to the interest of the estate with respect to its employment by the Debtors or otherwise in these Cases.

b.      Archer has worked in various insolvency cases over the years with certain of the professionals in the Cases including with attorneys and professionals at Blank Rome, LLP, Porzio, Bromberg and Newman, P.C., SSG Capital Advisors LLC and McGrail & Bensinger, LLP.

Archer's conflict search is attached hereto as Exhibit "A". [3]

5.      To the best of my knowledge, after reviewing the conflict search attached, and based on my knowledge and the knowledge of my colleagues of this matter and the parties in interest in the Cases, Archer, its members, shareholders, partners, associates, officers and/or employees do not hold an adverse interest to the estates;  do not represent an adverse interest to the estates; and are disinterested under 11 U.S.C. § 101(14).

6.      Archer has no agreement with anyone to share compensation.

7.      I certify under penalty of perjury that the above information is true and correct to the best of my knowledge, information and belief.

Date:  January 8, 2025                                            */s/ Stephen M. Packman*
                                                                              STEPHEN M. PACKMAN

---

[3] Archer will update its conflict search periodically during the Cases and report any conflict promptly to the Court and parties which may arise.

3

229799280 v6

## Exhibit A

## Potential Parties in Interest

### DEBTORS
Plastic Suppliers, Inc.
Plastic Supplier, Inc.
PSI
Earthfirst Films
Earthfirst Films by PSI
Specialty Films, Inc.
Sidaplax, Inc.

### DIRECTORS & OFFICERS
Peter E. Driscoll
Robert P. Keip, III
Christopher P. Bull
Michael DuFrayne
Linda D. Tatem
Patricia T. Boone
Karen Tatem
Mary E. Beth Tatem
Tonya T. Olson
Harvi Basko
Timothy A. Harper
David Compton
Jacques Geijsen
Wendy Persy
Denis Vynckier

### 20 LARGEST UNSECURED CREDITORS
Americas Styrenics
Biome Bioplastics Inc.
CPA Global
Danimer Bioplastics Inc.
Edward C. Tweed
Futamura USA Inc.
Grief
Ineos Styroution America LLC
IUE/CWA Pension Fund
James R. Allen
JB Mill & Fabricating Inc.
LyondellBasell Advances Polymers Inc.
Mitsubishi Int'l

229799280 v6

Natureworks LLC
Priority – 1 Inc.
Steve H. Dudley
Sudedpack Verpackungen SE & Co.
Sukano Polymers Corp.
Theodore E. Reigert
TotalEnergies Petrochemical & Refining USA Inc.


**DIP LENDER**
MidCap Business Credit


**STALKING HORSE PURCHASER**
API Industries, Inc. d/b/a Aluf Plastics

**BANKRUPTCY JUDGES**
Honorable Michael B. Kaplan, Chief Judge
Honorable Rosemary Gambardella
Honorable Christine M. Gravelle
Honorable Andrew B. Altenburg, Jr.
Honorable Vincent F. Papalia
Honorable John K. Sherwood
Honorable Jerrold N. Poslusny, Jr.
Honorable Stacey L. Meisel
Honorable Mark E. Hall

**OFFICE OF UNITED STATES TRUSTEE**
Andrew R. Vara, U.S. Trustee
Martha Hildebrandt, Asst. U.S. Trustee
Adela Alfaro, Paralegal Specialist
Kirsten K. Ardelean, Analyst
Francyne D. Arendas, Auditor
Michael Artis, Trial Attorney
Lauren Bielskie, Trial Attorney
Savanna Bierne, Trial Attorney
Peter J. D'Auria, Trial Attorney
David Gerardi, Trial Attorney
Tia Green, Legal Assistant
Matthew Hamel, Trial Attorney
Joseph C. Kern, Analyst
Daniel C. Kropiewnicki, Auditor
Samantha Lieb, Trial Attorney
Tina L. Oppelt, Paralegal Specialist
Angeliza Ortiz-Ng, Paralegal Specialist
Robert J. Schneider, Jr., Trial Attorney

2

229799280 v6

Jeffrey Sponder, Trial Attorney
Fran B. Steele, Trial Attorney
James Stives, Auditor
Rachel Wolf, Trial Attorney
William J. Ziemer, Supervisory Auditor

229799280 v6