UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Packman, Esquire
Douglas G. Leney, Esquire
ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (215) 963-3300
Facsimile: (215) 963-9999
Email: spackman@archerlaw.com
        dleney@archerlaw.com
*Proposed Attorneys for Debtors*

| | |
|---|---|
| In re: | Chapter 11 |
| PLASTIC SUPPLIERS, INC.,[1] | Case No. 24-22549 (ABA) (Jointly Administered) |
| Debtors. | Judge:  Altenburg |

### ORDER AUTHORIZING RETENTION OF
### ARCHER & GREINER, P.C. *NUNC PRO TUNC* TO DECEMBER 22, 2024

The relief set forth on the following page is **ORDERED**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are:  Plastic Suppliers, Inc. (9518); Specialty Films, Inc. (4273); and Sidaplax, Inc. (4275).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  2400-2450 Marilyn Pk. Ln., Columbus, OH 43219 ("Debtors").

229799280 v6

Upon the Debtor's Application to retain Archer & Greiner, P.C. as Counsel for the above-captioned Debtors, it is hereby **ORDERED**:

1.      That the Debtors are authorized to retain Archer & Greiner as counsel in these proceedings, in accordance with the terms of retention as set forth in the Application and Packman Certification.

2.      Compensation will be paid to Debtors' counsel in such amounts as may be allowed by the Court on proper fee application(s).

3.      The effective date of retention is <u>December 22, 2024</u>, the petition date on which the above-captioned bankruptcy cases were filed, and retention of the professional shall be effective *nunc pro tunc* to such date.

2

229799280 v6