UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Packman, Esquire
Douglas G. Leney, Esquire
ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (215) 963-3300
Facsimile: (215) 963-9999
Email:  spackman@archerlaw.com
          dleney@archerlaw.com
*Proposed Attorneys for Debtors*

| | |
|---|---|
| In re: | Chapter 11 |
| PLASTIC SUPPLIERS, INC.,[1] | Case No. 24-22549 (ABA) (Jointly Administered) |
| Debtors. | |

## CERTIFICATION OF SERVICE

1.    I, Amy M. Huber, am the Bankruptcy Paralegal for Stephen M. Packman, Esquire, who represents the debtors, Plastic Suppliers, Inc., *et al.,* in this matter.

2.    On January 8, 2025, I sent a copy of the following pleadings and/or documents to the parties listed on the chart below.

- *Application for Retention of Archer & Greiner, P.C.* Nunc Pro Tunc *to December 22, 2024*

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  January 8, 2025                     */s/ Amy M. Huber*
                                             Amy M. Huber, Bankruptcy Paralegal

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are:  Plastic Suppliers, Inc. (9518); Specialty Films, Inc. (4273); and Sidaplax, Inc. (4275).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  2400-2450 Marilyn Pk. Ln., Columbus, OH 43219.

229799280 v6

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Martha Hildebrandt<br>Jeffrey M. Sponder<br>Samantha S. Lieb<br>Assistant U.S. Trustee<br>Office of The United States Trustee<br>One Newark Center<br>1085 Raymond Blvd., Ste. 2100<br>Newark, NJ 07102<br>martha.hildebrandt@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>samantha.lieb2@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Regina Stango Kelbon<br>Gregory F. Vizza<br>Blank Rome LLP<br>300 Carnegie Ctr., Ste. 220<br>Princeton, NJ 08540<br>regina.kelbon@blankrome.com<br>Gregory.vizza@blankrome.com | Attorneys for MidCap Business Credit LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Regina Stango Kelbon<br>Gregory F. Vizza<br>Blank Rome LLP<br>One Logan Square<br>130 N. 18th St.<br>Philadelphia, PA 19103<br>regina.kelbon@blankrome.com<br>gregory.vizza@blankrome.com | Attorneys for MidCap Business Credit LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ilana Volkov<br>McGrail & Bensinger LLP<br>888-C 8th Ave. #107<br>New York, NY 10019<br>Ivolkov@mcgrailbensinger.com | Attorneys for API Industries, Inc. d/b/a Aluf Plastics | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email Only_<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Kwiatkowski<br>Cullen and Dykman LLP<br>333 Earle Ovington Blvd., 2nd Fl.<br>Uniondale, NY 11553<br>mkwiatkowski@cullenllp.com | Attorneys for Ohio Power Company d/b/a American Electric Power and Constellation NewEnergy, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

229799280 v6

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Russell R. Johnson III<br>John M. Craig<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Dr.<br>Manakin-Sabot, VA 23103<br>russell@russelljohnsonlawfirm.com<br>john@russelljohnsonlawfirm.com | Attorneys for Ohio Power Company d/b/a American Electric Power and Constellation NewEnergy, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brett S. Moore<br>Kelly D. Curtin<br>Porzio Bromberg & Newman<br>1675 Broadway, Ste. 1810<br>New York, NY 10019-3800<br>bsmoore@pbnlaw.com<br>kdcurtin@pbnlaw.com | Attorneys for Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| J. Scott Victor<br>SSG Capital Advisors, LLC<br>300 Barr Harbor Dr., Ste. 420<br>West Conshohocken, PA 19428<br>jsvictor@ssgca.com | Investment Banker for Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Americas Styrenics<br>15305 Collections Ctr. Dr.<br>Chicago, IL 60693<br>APinvoices@amsty.com<br>info@amsty.com<br>844-512-1212 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CPA Global<br>Acct 2332674<br>2318 Mill Road<br>Alexandria, VA 22314<br>cpadirect@cpaglobal.com<br>Piyush.Kapoor@clarivate.com | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Danimer Bioplastics Inc<br>PO Box 7965<br>Bainbridge, GA 39818<br>info@pmiky.com<br>shkey@danimer.com<br>229-243-7075 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

229799280 v6

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Edward C Tweed<br>214 Camrose Ct.<br>Gahanna, OH 43230<br>e_tweed@aol.com<br>tweed@earthfirstfilms.com<br>(614) 475-5966 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Futamura USA Inc.<br>Attn:  Dustin Chronister<br>6000 SE 2nd Street<br>Tecumseh, KS 66542<br>Christopher.Tom@futamuragroup.com<br>514-515-8290 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Greif<br>PO Box 734739<br>Chicago, IL 60673-4739<br>remittance@greif.com<br>audrey.son@greif.com<br>meredith.bateman@greif.com<br>Noah.thompson@greif.com | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ineos Styroution America LLC<br>4245 Meridian Parkway<br>Suite 151<br>Aurora, IL 60504<br>Jacquelyn.Likar@styrolution.com<br>(866) 890-6353 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| IUE/CWA Pension Fund<br>Zenith America Solutions for IUE – CWA<br>140 Sylvan Avenue<br>Suite 303<br>Englewood, NJ 07632<br>IUE-CWA-Contributions@zenith-american.com<br>800-521-5822 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James R Allen<br>132 Wake Valley Court<br>Conroe, TX 77304<br>jimboallen1152@gmail.com<br>614-352-5598 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4

229799280 v6

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JB Mill & Fabricating Inc<br>2851 Eastbrook Volant Rd.<br>New Castle, PA 16105<br>info@jbmill.com<br>724-730-8322 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LyondellBasell Advances Polymers Inc<br>1221 McKinney Street<br>Suite 300<br>Houston, TX 77010<br>NA.Polymers@lyb.com<br>713-309-7480 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mitsubishi Int'l Corporation<br>151 W 42nd Street<br>New York, NY 10036<br>ken.a.hu@mitsubishicorp.com<br>(212) 605-2000 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NatureWorks, LLC USA<br>c/o Avisen Legal<br>Attn: Larry Fox<br>901 Marquette Ave. S., Ste. 1675<br>Minneapolis, MN 55402<br>lfox@avisenlegal.com<br>612-723-1366 | Attorneys for 20 Largest Creditor, NatureWorks, LLC USA | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NatureWorks LLC<br>c/o Genova Burns LLC<br>Attn: Daniel M. Stolz and Scott S. Rever<br>110 Allen Rd., Ste. 304<br>Basking Ridge, NJ 07920<br>dstolz@genovaburns.com<br>srever@genovaburns.com<br>973-230-2095 | Attorneys for 20 Largest Creditor, NatureWorks, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Priority - 1 Inc<br>PO Box 840808<br>Dallas, TX 75284-0808<br>p1collections@priority1inc.com<br>carrie.alexander@priority1inc.com<br>eric.dyson@priority1inc.com<br>888-569-8035 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

5

229799280 v6

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Steve H Dudley<br>1550 Dream Court<br>Reynoldburg, OH 43068<br>shdudley22@gmail.com<br>614-738-9618 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Suedpack Verpackungen SE & Co<br>Jagerstrabe 23<br>88416 Ochsenhausen<br>Germany<br>info@suedpack.com<br>011 49 7352 92501 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sukano Polymers Corp<br>295 Parkway East<br>Duncan, SC 29334<br>customerservice@sukano.us<br>(864) 486-1478 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Theodore E. Reigert<br>2 Brookwood Drive<br>Medford, NJ 08055<br>tdriegert@gmail.com<br>856-596-5626 | 20 Largest Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Uline<br>12575 Uline Dr.<br>Pleasant Prairie, WI 53158<br>arbankruptcy@uline.com<br>888-884-6910 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

229799280 v6