UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Stephen M. Packman, Esquire
Douglas G. Leney, Esquire
ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (215) 963-3300
Facsimile: (215) 963-9999
Email: spackman@archerlaw.com
dleney@archerlaw.com
*Proposed Attorneys for Debtors*

In re:

PLASTIC SUPPLIERS, INC.,[1]

Debtors.

Chapter 11

Case No. 24-22549 (ABA)
(Jointly Administered)

**Hearing Date: January 10, 2025 @ 10:00 A.M.**

## AMENDED NOTICE OF AGENDA AND WITNESS LIST FOR MATTERS SCHEDULED FOR HEARING ON JANUARY 10, 2025 AT 10:00 A.M. (ET)

The hearing scheduled for Friday, January 10, 2025 at 10:00 a.m. (EST) will be held via Zoom webinar. To the extent parties wish to present argument remotely via Zoom, a request for "Presenter Status" must be submitted to the Court by 3:00 p.m. (EST) on Thursday, January 9, 2025. Please email Chambers (Suzanne_Sweeney@njb.uscourts.gov) and provide the following information: Name of Presenter, Email Address of Presenter, Presenter's Affiliation with the Case and/or What Party or Interest the Presenter Represents. If the request is approved, the Presenter will receive appropriate Zoom credentials and further instruction via email. All other interested parties may listen to the hearing via Zooms telephonic feed. Or One tap mobile: +16692545252,,1613733323# US (San Jose); +16469641167,,1613733323# US (US Spanish Line). Or Telephone: Dial (for higher quality, dial a number based on your current location): +1 669 254 5252 US (San Jose), +1 646 964 1167 US (US Spanish Line), +1 646 828 7666 US (New York), +1 551 285 1373 US (New Jersey), +1 669 216 1590 US (San Jose), +1 415 449 4000 US (US Spanish Line).

**Webinar ID: 161 373 3323**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Plastic Suppliers, Inc. (9518); Specialty Films, Inc. (4273); and Sidaplax, Inc. (4275). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2400-2450 Marilyn Pk. Ln., Columbus, OH 43219.

229874922 v1

**MATTERS GOING FORWARD:**

1.  *Debtor's Motion for Entry of an Order Authorizing (I) the Continued Use of Existing Cash Management System; (II) the Continued Use of Existing Bank Accounts and Business Forms; and (III) Granting Related Relief* [D.I. 7]

    Related Documents:

    i.  *Proposed Final Order* [D.I. 70]

    Status:    This matter is going forward and is uncontested.

2.  *Debtor's Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service to Debtor, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance, and (IV) Related Relief* [D.I. 8]

    Related Documents:

    i.  *Objection of Ohio Power Company d/b/a AEP Ohio and Constellation NewEnergy, Inc.* [D.I. 34]

       (i)  *Withdrawal of Objection of Power Company d/b/a AEP Ohio and Constellation NewEnergy, Inc.* [D.I. 58]

    ii. *Proposed Final Order* [D.I. 68]

    Status:    This matter is going forward and is uncontested. The above referenced objection has been resolved by the parties.

229874922 v1

3. *Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to (A) Pay Pre-Petition Employee Wages, Salaries, and Other Compensation and (B) Maintain Employee Benefits Programs; and (II) Granting Related Relief* [D.I. 9]

Related Documents:

    i.    *Proposed Final Order* [D.I. 71]

Status:    This matter is going forward and is uncontested.

4. *Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to Pay Prepetition Claims of Certain Critical Vendors and Related Relief* [D.I. 10]

Related Documents:

    i.    *Proposed Final Order* [D.I. 67]

Status:    This matter is going forward and is uncontested.

5. *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Senior Secured Priming Post-Petition Financing and Approving the Roll-Up; (II) Authorizing the Debtor's Use of Cash Collateral and Approving Adequate Protection; (III) Granting Priming Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [D.I. 12]

Related Documents:

    i.    *Objection of Official Committee of Unsecured Creditors* [D.I. 65]

    ii.    *Proposed Final Order* [D.I. (TBD)]

Status:    This matter is going forward and is contested.

6. *Debtor's Motion for Entry of Orders (I) (A) Establishing Bid Procedures Relating to the Sale of Substantially All of the Debtor's Assets; (B) Approving Bid Protections for the*

*Stalking Horse Purchaser, Including Break-Up Fee and Expense Reimbursement, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof and (II) (A) Approving the Proposed Sale; (B) Approving the Assumption and Assignment of Executory Contracts and/or Unexpired Leases; and (C) Granting Related Relief* [D.I. 21]

  Related Documents:

    i. *Objection of NatureWorks LLC* [D.I. 52]

    ii. *Objection of United States Trustee* [D.I. 53]

    iii. *Objection of Official Committee of Unsecured Creditors* [D.I. 65]

    iv. *Proposed Final Order* [D.I. (TBD)]

  Status: This matter is going forward and is contested.

**DEBTOR'S WITNESS LIST FOR MATTERS GOING FORWARD:**

  1. Michael DuFrayne, *President / CEO of Debtor*

  2. J. Scott Victor, *Founding Partner and Managing Director of SSG Advisors, LLC*

  3. The Debtors reserve the right to call such other witnesses as may be necessary, including, without limitation, for the sole purpose of rebuttal testimony, to the extent required.

Dated: January 9, 2025      ARCHER & GREINER, P.C.

            */s/ Stephen M. Packman*
            Stephen M. Packman
            Douglas G. Leney
            1025 Laurel Oak Road
            Voorhees, NJ  08043
            (215) 963-3300
            (215) 963-9999 (fax)
            spackman@archerlaw.com
            dleney@archerlaw.com

            *Proposed Counsel to the Debtor*

229874922 v1