**Fill in this information to identify the case:**

Debtor name   **Plastic Suppliers, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **24-22549-ABA**

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **G**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 16, 2025**     X **/s/ Michael DuFrayne**
Signature of individual signing on behalf of debtor

**Michael DuFrayne**
Printed name

**President and Chief Executive Officer**
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name: **Plastic Suppliers, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): **24-22549-ABA**

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **See Attached** |

Schedule G: Executory Contracts and Unexpired Leases

| Nature of Contract/Lease | Terms remaining in Months | Name of Party | Mailing Address of Party | Cure Amount pre-petition |
|---|---|---|---|---|
| Facility Cleaning Services | Indefinite | Anago Cleaning Systems | 5900 Roche Dr., Ste. 250, Columbus, Ohio 43229 | $ 16,125 |
| Water Treatment Chemicals, Products and Services | Indefinite | Precision Chemical | 1888 W. Shelton Road, Boonville, IN 47601 | $ 9,998 |
| Compressed Air System maintenance | 15 | Air Technologies/OTC Industrial Technologies | 1900 Jetway Boulevard, Columbus, OH 43219 | $ - |
| Natural Gas | 10 | NRG Business Marketing LLC | 804 Carnegie Center, Princeton NJ 08540 | $ - |
| Electricity | 24 | Constellation NewEnergy, Inc | 1001 Louisiana St. Constellation Suite 2300, Houston TX 77002 | $ - |
| Raw Material - PLA | Indefinite | Danimer Bioplastics Inc (dba Danimer Scientific) | 140 Industrial Blvd. Bainbridge, Georgia 39817 | $ 248,376 |
| Raw Material - Polystyrene | Indefinite | INEOS STYROLUTION AMERICA LLC | 4245 MERIDIAN PARKWAY, SUITE 151, AURORA, IL, 60504 | $ 358,753 |
| Raw Material - PLA | Indefinite | NatureWorks LLC | 15305 Minnetonka Blvd., Minnetonka, MN 55345 | $ 2,742,143 |
| License Agreement | 4 | Suedpack Verpackungen GmbH & Co. KG | JagerstraBe 23, 88416 Ochsenhausen | $ - |
| Master Supply Agreement | 12 | PHILIP MORRIS PRODUCTS SA | Avenue de Rhodanie 50, 1007, Lausanne, Switzerland | $ - |
| Sidaplax license | Indefinite | Sidaplax V.O.F | Eddastraat 40, Havennr. 3172A, 9042 Gent, Belgium | $ - |
| Sidaplax management services agreement | Indefinite | Sidaplax V.O.F | Eddastraat 40, Havennr. 3172A, 9042 Gent, Belgium | $ - |
| Warehouse storage and handling agreement | Indefinite | Spartan Logistics | 4140 Lockbourne Rd. Columbus, OH 43207 | $ - |
| standup Forklift lease | 0 | Wells Fargo Equipment Finance, Manufacturer Services Group | 800 Walnut street, 4th floor, Des Moines, IA 50309 | $ - |
| CAT, Clark forklifts lease | 0 | Wells Fargo Financial Leasing, Manufacturer Services Group | 300 Tri-state International, Suite 400, Lincolnshire, IL 60069 | $ 1,557 |
| 2 Yale forklifts | 12 | HYG Financial Services, Inc. | 5000 Riverside Drive, Suite 300 East, Irving, TX 75039-4314 | $ 5,581 |

229862469.v4

| Nature of Contract/Lease | Terms Remaining in Months | Name of Party | Mailing Address of Party | Cure Amount |
|---|---|---|---|---|
| Profit Sharing Plan/401k Services | Indefinite | Voya Retirement Insurance and Annuity Company | One Orange Way, C2N, Windsor, CT 06095, Attn: Legal Department | $ - |
| Profit Sharing Plan Thrid Party Administration (11/1/2022 plan year) | until termination conditions are met | Creative Retirement Services, Inc. | 25 Merchant Street, Suite 135, Cincinnati, Ohio 45246 | $ - |
| Profit Sharing Plan Thrid Party Administration (11/1/2023 plan year) | until termination conditions are met | Creative Retirement Services, Inc. | 25 Merchant Street, Suite 135, Cincinnati, Ohio 45246 | $ - |
| Retirement Plan services | Indefinite | Everhart Advisers | 535 Metro Place South, Suite 100, Dublin, Ohio 43017 | $ - |
| ESOP Plan Third Party Administration | Indefinite | Principal Financial Group | Attn: Krisonna Phillips, 401 McCullough Dr., Charlotte, NC 28262 | $ 5,300 |
| Employee Stock Ownership Plan | Indefinite | Plastic Suppliers, Inc. Employee Stock Ownership and Pension Plan | Mark G. Mills, CPA, The MGM Group, Inc., 8584 East Washington Street, Suite 212, Chagrin Falls, OH 44023 | $ - |
| ESOP Trustee | Indefinite | Mark G. Mills, CPA | The MGM Group, Inc., 8584 East Washinton Steet, Suite 212, Chagrin Falls, OH 44023 | $ 5,000 |
| Payroll and Human Resources Subscription Servies | 8 months | UKG Inc | Attn: Maria Tako, VP - Contracts Administration, 2000 Ultimate Way, Weston, FL 33326 | $ 9,215 |
| Employment Agreement | 11 months | Michael DuFrayne | 295 E. Long Street, #415, Columbus, Ohio 43215 | $ - |
| Employment Agreement | 5 months | Timothy A. Harper | 3269 Plum Creek Drive, Columbus, Ohio 43219 | $ - |
| Employment Agreement | 6 months | Kelly Williams | 9633 Russline Drive, Loveland, Ohio 45140 | $ - |
| Employment Agreement | 11 months | Harvi Basko | 3876 Tweedsmuir Drive, Columbus, Ohio 43221 | $ - |
| Employment Agreement | 11 Months | Christine Schaefer | 329 E. 1st Street, Apt. 315, Dayton, Ohio 45402 | $ - |
| Non-Competition, Non-Solicitation, and Confidentiality Agreement | At-Will, subject to terms and conditions of the Agreement | Ashley Lopez | 1760 N. Prelude Drive, Anaheim, CA 92807 | $ - |
| Non-Competition, Non-Solicitation, and Confidentiality Agreement | At-Will, subject to terms and conditions of the Agreement | Joseph B. McDaniel | 511 North Stygler Road, Gahanna, Ohio 43230 | $ - |
| Non-Competition, Non-Solicitation, and Confidentiality Agreement | At-Will, subject to terms and conditions of the Agreement | David M. Compton | 1234 Forsyth Lane, Galena, Ohio 43201 | $ - |
| Non-Competition, Non-Solicitation, and Confidentiality Agreement | At-Will, subject to terms and conditions of the Agreement | Edward C. Tweed, Jr. | 214 Camrose Court, Gahanna, Ohio 43230 | $ - |
| Non-Competition, Non-Solicitation, and Confidentiality Agreement | At-Will, subject to terms and conditions of the Agreement | Eric M. Peining | 7298 Coventry Woods Drive, Dublin, Ohio 43017 | $ - |
| Non-Competition, Non-Solicitation, and Confidentiality Agreement | At-Will, subject to terms and conditions of the Agreement | Jered R. Lawhorn | 1301 Gumwood Dr., Columbus, Ohio 43229 | $ - |
| Non-Competition, Non-Solicitation, and Confidentiality Agreement | At-Will, subject to terms and conditions of the Agreement | John M. Coyne | 6 Saratoga Circle, New Castle, PA 16105 | $ - |
| Non-Competition, Non-Solicitation, and Confidentiality Agreement | At-Will, subject to terms and conditions of the Agreement | John H. Stephans | 5300 Sedalia Drive, Columbus, Ohio 43232 | $ - |
| Non-Competition, Non-Solicitation, and Confidentiality Agreement | At-Will, subject to terms and conditions of the Agreement | Johnnie Brown | 1935 Chippewa Drive, Circleville, Ohio 43113 | $ - |
| Non-Competition, Non-Solicitation, and Confidentiality Agreement | At-Will, subject to terms and conditions of the Agreement | Leticia Sisterman | 600 5th Ave N, Safety Harbor, FL 34695 | $ - |
| Non-Competition, Non-Solicitation, and Confidentiality Agreement | At-Will, subject to terms and conditions of the Agreement | Michelle M. Batt | 3156 Hoover Road, Grove City, OH 43221 | $ - |
| Cyber Insurance | 5 months | Travelers Insurance | Marsh & McLennan Agency LLC, Attn: Matt Rush, CIC ARM, 655 Metro Place South, Suite 360, Dublin, Ohio 43017 | $ - |
| General Liability Insurance | 5 months | CNA Insurance | Marsh & McLennan Agency LLC, Attn: Matt Rush, CIC ARM, 655 Metro Place South, Suite 360, Dublin, Ohio 43017 | $ - |
| Umbrella Insurance | 5 months | CNA Insurance | Marsh & McLennan Agency LLC, Attn: Matt Rush, CIC ARM, 655 Metro Place South, Suite 360, Dublin, Ohio 43017 | $ - |
| Property Only Insurance | 5 months | CNA Insurance | Marsh & McLennan Agency LLC, Attn: Matt Rush, CIC ARM, 655 Metro Place South, Suite 360, Dublin, Ohio 43017 | $ - |
| Automobile Insurance | 5 months | CNA Insurance | Marsh & McLennan Agency LLC, Attn: Matt Rush, CIC ARM, 655 Metro Place South, Suite 360, Dublin, Ohio 43017 | $ - |
| Workers Compensation Insurance | 5 months | CNA Insurance | Marsh & McLennan Agency LLC, Attn: Matt Rush, CIC ARM, 655 Metro Place South, Suite 360, Dublin, Ohio 43017 | $ - |
| Executive Risk Insurance | 5 months | Hartford Insurance | Marsh & McLennan Agency LLC, Attn: Matt Rush, CIC ARM, 655 Metro Place South, Suite 360, Dublin, Ohio 43017 | $ - |
| Excess D&O Insurance | 5 months | Hanover Insurance | Marsh & McLennan Agency LLC, Attn: Matt Rush, CIC ARM, 655 Metro Place South, Suite 360, Dublin, Ohio 43017 | $ - |
| Foreign Package Insurance | 5 months | CNA Insurance | Marsh & McLennan Agency LLC, Attn: Matt Rush, CIC ARM, 655 Metro Place South, Suite 360, Dublin, Ohio 43017 | $ - |
| Accounts Receivable Credit Insurance | 5 months | Euler Hermes North America Insurance Company | 100 International Drive, 22nd Floor, Baltimore, MD 21202 | $ - |
| Employee Benefits - Master Broker and Consulting Agreemetn | Indefinite | ClearPath Advisors LLC | 300 Spruce Street, Suite 250, Columbus, Ohio 43215-1176, Attn: Willian C. Shimp, Managing Director | $ - |
| Employee Health Insurance | 0 months | Anthem Blue Cross and Blue Shield | 8940 Lyra Drive, Suite 300, Columbus, Ohio 43240 | $ - |
| Employee Dental and Vision Insurance | 0 months | DR Administrative Services, Inc. | 20 Broadhollow Road, Suite 3007, Melville, NY 11747 | $ - |
| Employee Disability Insurance and Life Insurance | 0 months | Sun Life | One Sun Life Executive Park, Wellesley Hills, MA 02481 | $ 5,943 |
| Flexible Spending Accounts Administration | 0 months | Total Administration Services Corporation | 2302 International Lane, Madison, WI 53704 | $ - |
| Employer-risk claim representative | 0 months | Sedgwick | PO Box 89456, Cleveland, OH 44101-6456 | $ - |
| Social Media Marketing | month-to-month | BConnected | 161 S. Riverheath Way, Suite 2200, Appleton, WI 54915 | $ - |
| Shareholder Agreement | Indefinite | All shareholders except for ESOP | Various addresses | $ - |

229862469.v4

Schedule G: Executory Contracts and Unexpired Leases

| Nature of Contract/Lease | Terms remaining in Months | Name of Party | Mailing Address of Party | Cure Amount pre-petition |
|---|---|---|---|---|
| Data Center services for servers and networking | 24 | EXPEDIENT/CONTINENTAL BROADBAND LLC | 1 Allegheny Square, Suite 600 Pittsburgh, PA 15212 | $ 15,766 |
| Maintenance agreement ERP System(IQMS) | 0 | DASSAULT SYSTEMES AMERICAS CORP. | 175 WYMAN ST WALTHAM, MA 02451-1223 | $ - |
| Finance Planning and Financial Statement Tool | 4 | WORKDAY (ADAPTIVE) | 6110 STONERIDGE MAIL ROAD PLEASANTON, CA 94588 | $ 6,719 |
| 365 email, Teams, One Drive, Sharepoint for PSI, Email Security, Antivirus, RDP MPSA license, VPN Firewall | 2 | CDW | 625 W Adams St.  Chicago, IL, 60661 | $ 10,088 |
| PSI cell phone | Indefinite | AT&T MOBILITY | PO Box 6463 Carol Stream, IL 60197-6463 | $ - |
| Landline Phone System | 19 | AT&T | P.O. Box 5019 Carol Stream, IL 60197-5019 | $ - |
| Expense and AP Invoice automation | Indefinite | CONCUR TECHNOLOGIES INC | 601 108TH AVENUE NE, SUITE 1000 BELLEVUE, WA 98004 | $ 2,365 |
| Toshiba Copiers lease | 31 | GREATAMERICA FINANCIAL SERVICES CORPORATION | PO BOX  609 CEDAR RAPIDS, IA, 52406-0609 | $ 2,293 |
| Building Door Access Control System | 1 | Silco Fire & Security | PO BOX 933381 CLEVELAND, OH 44193 | $ - |
| Sales and Marketing Tool | 4 | SHOWPAD N.V. | MOUTSTRAAT 62 GENT, BELGIUM BE-9000 | $ - |
| Quality Audit Software - Iauditor | 23 | SAFETYCULTURE PTY LTD | 221 STURT STREET TOWNSVILLE CITY, QLD 1608918004 | $ - |
| Maintenance On call software | 2 | OpsGenie, Inc. | 239 Causeway Street, Suite 300 Boston, MA 02114 | $ - |
| Accounting software for fixed assets | Indefinite | Sage Software Inc. | 1715 North Brown Road Lawrenceville, GA 30043 | $ - |
| Website hosting | 12 | devPHASE | P.O. Box 498943 Cincinnati, OH 45249 | $ 1,225 |
| Security camera cleaning and maintenance | Indefinite | Security Cameras of Columbus | 7468 BALFOURE CIRCLE DUBLIN, OH 43017 | $ - |
| Domain and DNS management | 3 | Go Daddy.com, LLC | 2155 E GoDaddy Way Tempe, Arizona 85284 | $ - |
| Go to Assist IT software | 3 | GoTo Technologies USA, Inc. | PO Box 50264 Los Angeles. CA 90074-0264 | $ 415 |
| Conference room connection Software | Indefinite | GoUBiq LLC | 2601 Little Elm Pkwy Suite #1104 Little Elm, Texas 75068 | $ - |
| IT Ticketing Software | 2 | FRESHWORKS INC | 2950 SOUTH DELAWARE ST 2nd FLOOR SAN MATEO, CA 94403 | $ - |
| Call Forwarding for NJ and IL main number locations | Indefinite | EASTON TELECOM SERVICES LLC | 3046 BRECKSVILLE ROAD SUITE A RICHFIELD, OH 44286 | $ 93 |
| Software service for check printing | 10 | WYCOM SYSTEMS INC | PO BOX  310 YAKUTAT, AK 99689 | |
| Cloud Fax | 8 | ALHAMBRA US | PO BOX  1374 WOLFEBORO, NH 03894 | $ 132 |
| Accounting 1099 software | 7 | 1099 PRO INC | 23901 CALABASAS ROAD SUITE 2080 CALABASAS, CA 91302-4104 | $ - |
| Allen Bradley Suite - reads PLC data IH Robot | 10 | PTC INC | 29896 NETWORK PLACE CHICAGO, IL 60673-1298 | $ - |
| Cloud based collaboration storage | Indefinite | Dropbox, Inc. | 1800 Owens St. San Francisco, CA 94158 | $ - |
| Dual printing capability for ERP | Indefinite | BROOKS INTERNET SOFTWARE, INC. | 5401 S HARVARD AVENUE TULSA, OK 74135 | $ 53 |
| Customer Portal for 3M | Indefinite | CORCENTRIC | 62861 COLLECTIONS CENTER DR CHICAGO, IL 60693 | $ - |
| Business Intelligence / Reporting Platform | 10 | DOMO INC | 772 EAST UTAH VALLEY DR AMERICAN FORK, UT 84003 | $ 52,434 |

229862469.v4