**GIBBONS P.C.**
Brett S. Theisen
Kyle P. McEvilly
One Gateway Center
Newark, NJ 07102
(973) 596-4500
btheisen@gibbonslaw.com
kmcevilly@gibbonslaw.com

*Counsel to Creditor BConnected, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| PLASTIC SUPPLIERS, INC., *et al.*,[1] | Case No. 24-22549 (ABA) |
| Debtors. | (Jointly Administered) |

**OBJECTION OF BCONNECTED, LLC TO NOTICE OF POTENTIAL**
**ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES**

BConnected, LLC ("**BConnected**"), contract counterparty to the Debtor, Plastic Suppliers, Inc. (the "**Debtor**"), hereby objects (the "**Objection**") to the assumption and assignment of its contract with the Debtor to the extent that the Debtor is not proposing to pay BConnected in full to cure its payment obligations to BConnected. In support of its Objection, BConnected states as follows:

**FACTUAL BACKGROUND**

1. BConnected and the Debtor are parties to a Social Media Marketing Letter Agreement, by and between BConnected and the Debtor, under which BConnected provides management of social media marketing efforts to the Debtor (the "**BConnected Agreement**").

---

[1] The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification number (if applicable), are: Plastic Suppliers, Inc. (9518), Specialty Films, Inc. (4273) and Sidaplax, Inc. (4275). The corporate headquarters and the mailing address for the Debtors is 2400 Marilyn Park Lane, Columbus, Ohio 43219.

2. On January 14, 2025, the Debtor filed its *Notice of Potential Assumption and Assignment of Contracts and Leases* [Dkt. No. 92] (the "**Notice**"). The Debtor listed BConnected on its Schedule of Assigned Contracts, attached to the Notice as Schedule 1. The Debtor provided no cure amount for the BConnected Agreement. [Dkt. No. 92-1 at p. 3].

3. According to BConnected's records, the Debtor currently owes BConnected no less than $24,920.08. Of this amount, $13,495.00 is on account of post-petition services and $11,425.08 is on account of prepetition services provided to the Debtor.

## OBJECTION TO CURE AMOUNT

4. Under 11 U.S.C. § 365(b)(1)(A), the debtor-in-possession may not assume and assign an executory contract unless the debtor-in-possession "cures, or provides adequate assurance that [it] will cure" any monetary defaults under the contract. *See Spyglass Media Group, LLC v. Bruce Cohen Productions,* et al., *(In re Weinstein Company Holdings LLC)*, 997 F.3d 497, 501 (3d Cir. 2021) ("To assume an executory contract, a debtor must cure existing defaults and put the contract in the same place as if the bankruptcy never happened.").

5. The Debtor's identification of the contract in the Notice fails to provide an accurate cure amount.

6. BConnected objects to the assumption and assignment of the BConnected Agreement unless the Debtor cures all monetary defaults under the BConnected Agreement which are currently no less than $24,920.08.

## RESERVATION OF RIGHTS AND NOTICE

7. BConnected reserves its right to supplement, amend or modify this Objection, including, the cure amount to include additional amounts that may be or become due, and further reserves any other rights that it may have under applicable law. Nothing herein is intended to be a waiver by BConnected of any right, objection, argument, claim, or defense with respect to any matter, all of which are hereby expressly reserved.

**WHEREFORE**, BConnected respectfully requests that the Court not permit the assumption and/or assignment of the BConnected Agreement, until the Debtor provides for payment of the full cure amount, which is no less $24,920.08, and grant such other and further relief as is just and equitable.

January 28, 2025  
Newark, New Jersey

Respectfully submitted,

**GIBBONS P.C.**

<u>/s/ Brett S. Theisen</u>
Brett S. Theisen
Kyle P. McEvilly
One Gateway Center
Newark, NJ 07102
(973) 569-4500
btheisen@gibbonslaw.com
kmcevilly@gibbonslaw.com

*Counsel to Creditor BConnected, LLC*