| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Stephen M. Packman, Esquire<br>Douglas G. Leney, Esquire<br>ARCHER & GREINER, P.C.<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043<br>Telephone: (215) 963-3300<br>Facsimile: (215) 963-9999<br>Email: spackman@archerlaw.com<br>         dleney@archerlaw.com<br>*Attorneys for the Debtors* | **Order Filed on March 18, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>PLASTIC SUPPLIERS, INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 24-22549 (ABA)<br>(Jointly Administered)<br><br>**Hearing Date: April 1, 2025** |

### ORDER (I) ESTABLISHING ADMINISTRATIVE CLAIM BAR DATE, AND (II) APPROVING FORM AND MANNER OF NOTICE THEREOF

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 18, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Plastic Suppliers, Inc. (9518); Sidaplax, Inc. (4275); and Specialty Films, Inc. (4273). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2400-2450 Marilyn Pk. Ln., Columbus, OH 43219.

Page: 2
Debtor: In re Plastic Suppliers, Inc., *et al.*
Case No.: 24-22549 (ABA)
Caption: ORDER (I) ESTABLISHING ADMINISTRATIVE CLAIM BAR DATE, AND (II) APPROVING FORM AND MANNER OF NOTICE THEREOF

Upon consideration of the motion (the "Motion") of the Debtors for entry of an order, pursuant to sections 105(a) and 503 of the Bankruptcy Code and Rule 3003 of the Federal Rules of Bankruptcy Procedure and D.N.J. LBR 3001-1, (i) establishing April 17, 2025 as the bar date by which certain administrative expense claims must be filed, and (ii) approving the form and manner of notice thereof; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion is sufficient under the circumstances; and any objections to the requested relief having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted to the extend set forth below.

2. April 17, 2025 (the "Administrative Expense Bar Date") is the late date and time by which all persons or entities must file and serve on the Debtors requests for allowance of chapter 11 administrative expenses, including any claims arising under section 503(b)(9) of the Bankruptcy Code.

3. The notice and form, substantially in the forms of **Exhibit A** and **Exhibit B** attached hereto, are approved.

4. Within two (2) business days of the entry of this Order, the Debtors shall serve the Administrative Bar Date Notice on all parties in interest in this case, including all counsel who have entered an appearance; all known creditors of the Debtors; and the Office of the United States Trustee.

230134547 v1

| | |
|---|---|
| Page: | 3 |
| Debtor: | In re Plastic Suppliers, Inc., *et al.* |
| Case No.: | 24-22549 (ABA) |
| Caption: | ORDER (I) ESTABLISHING ADMINISTRATIVE CLAIM BAR DATE, AND (II) APPROVING FORM AND MANNER OF NOTICE THEREOF |

5. The Administrative Expense Bar Date does not apply to claims of professionals for post-petition fees or expenses.

6. Any person or entity that is required to but fails to file and serve an Administrative Expense Request in accordance with this Order on or before the Administrative Expense Bar Date shall be forever barred and estopped and enjoined from asserting an Administrative Expense Claim against the Debtors, their estates or property unless such person or entity previously filed a proof of claim or a request prior to the entry of this Order.

**EXHIBIT "A"**

**[PROPOSED] NOTICE OF ADMINISTRATIVE EXPENSE BAR DATE**

230134547 v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Packman, Esquire
Douglas G. Leney, Esquire
ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (215) 963-3300
Facsimile: (215) 963-9999
Email: spackman@archerlaw.com
       dleney@archerlaw.com
*Attorneys for Debtors*

| | |
|---|---|
| In re: | Chapter 11 |
| PLASTIC SUPPLIERS, INC.,[1] | Case No. 24-22549 (ABA) |
| Debtor. | (Jointly Administered) |

## NOTICE OF ADMINISTRATIVE EXPENSE BAR DATE

On March 18, 2025, the United States Bankruptcy Court for the District of New Jersey, in accordance with Rule 3003 of the Federal Rules of Bankruptcy Procedure, established that **April 17, 2025** (the "Administrative Expense Bar Date"), is the last date and time to file a claim, excluding requests for allowance of professional fees and expenses, against the above-captioned debtors, for administrative claims arising between December 22, 2024 and April 17, 2025 (the "Claims Period"). Except as described below, the Administrative Expense Bar Date requires all Entities, as defined in Section 101(15) of the Bankruptcy Code, that have or assert any post-petition claims against the Debtor for the Claims Period, to file an administrative claim request ("Administrative Expense Claim Request"), **in accordance with the Administrative Expense Form attached hereto**, with the Clerk of the Bankruptcy Court as described below on or before the Administrative Expense Claim Bar Date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Plastic Suppliers, Inc. (9518); Sidaplax, Inc. (4275); and Specialty Films, Inc. (4273). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2400-2450 Marilyn Pk. Ln., Columbus, OH 43219.

230134547 v1

All persons or entities seeking to have an allowed administrative expense against the Debtors pursuant to section 503 of the Bankruptcy Code must file an Administrative Expense Claim Request.

Requests for allowance of Administrative Expense Claims must be **filed and received** by the Clerk's Office for the United States Bankruptcy Court for the District of New Jersey, U.S. Post Office and Courthouse, 401 Market Street, Camden, New Jersey 08101, and served upon the counsel for Debtors, Archer & Greiner, P.C., Attn: Stephen M. Packman, Esquire, 1025 Laurel Oak Road, Voorhees, NJ 08043 (spackman@archerlaw.com), **on or before the Administrative Expense Bar Date**, or the claim for such administrative expense shall be forever barred and the claimant shall not be eligible for any distribution on account of such administrative expense from the Debtors' estates unless a proof of claim or request was filed on or before March 18, 2025, the date the administrative bar date order was entered. Claims sent to any entity other than the Clerk's Office for the United States Bankruptcy Court for the District of New Jersey are not properly filed.

**ANY CLAIMANT WHO HOLDS OR WISHES TO ASSERT AGAINST THE DEBTOR AN ADMINISTRATIVE EXPENSE CLAIM (OTHER THAN A CLAIM FOR PROFESSIONAL FEES OR EXPENSES ARISING AFTER THE PETITION DATE) ARISING ON OR AFTER THE CLAIMS PERIOD AND WHO FAILS TO FILE A REQUEST FOR ALLOWANCE THEREOF WITH THE CLERK OF THE COURT BY APRIL 17, 2025, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH ADMINISTRATIVE EXPENSE CLAIM AGAINST THE DEBTORS OR FROM FILING AN ADMINISTRATIVE EXPENSE CLAIM AGAINST THE DEBTORS UNLESS A PROOF OF CLAIM OR REQUEST WAS FILED ON OR BEFORE MARCH 18, 2025, THE DATE THE ADMINISTRATIVE BAR DATE ORDER WAS ENTERED. THE DEBTORS AND THEIR PROPERTY SHALL BE FOREVER DISCHARGED FROM ANY AND ALL LIABILITY WITH RESPECT TO SUCH ADMINISTRATIVE EXPENSE CLAIM, AND SUCH HOLDER SHALL NOT BE PERMITTED TO PARTICIPATE IN ANY DISTRIBUTION IN THIS CHAPTER 11 CASE ON ACCOUNT OF SUCH ADMINISTRATIVE EXPENSE CLAIM. SUCH HOLDER SHALL NOT RECEIVE FURTHER NOTICES REGARDING SUCH ADMINISTRATIVE EXPENSE CLAIM IN THIS CASE.**

**THE DEBTORS RESERVE ALL RIGHTS TO OBJECT ON ANY BASIS TO ANY ADMINISTRATIVE EXPENSE CLAIM FILED IN THIS CASE. THE PENDENCY OF ANY CLAIM, MOTION, SUIT, LITIGATION OR PROCEEDING AGAINST THE DEBTORS (OTHER THAN A PENDING APPLICATION OR MOTION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE, IF ANY) SHALL NOT CONSTITUTE THE FILING OF A REQUEST FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE.**

230134547 v1

Dated: March 6, 2025

*/s/ Stephen M. Packman*
Stephen M. Packman
Douglas G. Leney
ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
(215) 963-3300
(215) 963-9999 (fax)
spackman@archerlaw.com
dleney@archerlaw.com
*Attorneys for the Debtors*

3

230134547 v1

# EXHIBIT "B"

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

230134547 v1

| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | | **REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE** |
|---|---|---|
| In re: | Chapter 11 <br><br> Case Number: | |

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor: <br> (The person or other entity to whom the debtor owed money or property.) <br><br> Name and Addresses Where Notices Should Be Sent: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br> ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this request: <br> ☐ replaces a previously filed request, dated: <br> ☐ amends a previously filed request, dated: | |

1. BASIS FOR CLAIM

    ☐ Goods Sold
    ☐ Services performed
    ☐ Money loaned
    ☐ Personal injury/wrongful death
    ☐ Taxes
    ☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

2. DATE DEBT WAS INCURRED:

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: _____
☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:

   ☐ Real Estate     ☐ Motor Vehicle
   ☐ Other (Describe briefly) _____

   Value of Collateral: $_____

☐ Check this box if there is no collateral or lien securing your claim.

5. **Credits**: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.
   If the documents are voluminous, attach a summary.

7. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

| Date: | **Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).** <br><br> _____ |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).                                              *rev.8/1/15*