UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: ) | |
| ) | |
| ) | Case No:24-22549 |
| Plastice Suppliers, Inc. ) | |
| Debtors, ) | |
| ) | |

2025 APR 29 P 12: 23

### NOTICE OF WITHDRAWAL OF CLAIM FILED BY HYG FINANCIAL SERVICES, INC.

COMES NOW HYG Financial Services, Inc. withdraws its claim pursuant to Federal Rules of Bankruptcy Procedure § 3006, filed in the Plastic Suppliers, Inc.; Case No: 24-22549. HYG Financial Services, Inc. filed a Proof of Claim in January 2025 in the amount of $26,320.67.

The claim filed by HYG Financial Services, Inc has not been objected to, no adversary proceeding has been filed against HYG Financial Services, Inc, and HYG Financial Services, Inc has not voted on a plan or otherwise participated significantly in the case.

This Notice serves as HYG Financial Services, Inc.'s withdrawal of its proof of claim.

Respectfully submitted,

*Nicholas Root* (signature)
Nicholas Root
Loan Workout Specialist
Wells Fargo Financial Leasing, Inc.
MAC F0006-051
800 Walnut Street
Des Moines, IA 50309
Phone: (515) 805-2592
Facsimile: (877) 888-7835



```
ORIGIN ID:DSMA    (515) 805-2592          SHIP DATE: 28APR25
NICHOLAS ROOT                             ACTWGT: 0.50 LB
WELLS FARGO-EQUIPMENT FINANCE             CAD: 104057607/WSXI2600
801 WALNUT ST
F0006-052 FL 05
DES MOINES, IA 50309                      BILL SENDER
UNITED STATES US

TO   ATTN: DARLENE FITZGERALD
     U.S. POST OFFICE AND COURTHOUSE
     401 MARKET STREET
     2ND FLOOR
     CAMDEN NJ 08101
     (856) 361-2349      REF: 0215589
     INV:
     PO: F0006-052               DEPT: ESO
```

FedEx Express

TUE - 29 APR 5:00P
STANDARD OVERNIGHT

TRK# 0201  2880 1639 8960

XE TKAA                NJ-US    08101 PHL