STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Packman, Esquire
Douglas G. Leney, Esquire
ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (215) 963-3300
Facsimile: (215) 963-9999
E-mail: spackman@archerlaw.com
      dleney@archerlaw.com
*Attorneys for the Debtors*

---

In re:

PLASTIC SUPPLIERS, INC., *et al.*,[1]

            Debtors.

Chapter 11

Case No. 24-22549 (ABA)
(Jointly Administered)

**Hearing Date: 8/21/2025 at 10:00 am (ET)**
**Objection Date: 8/14/2025 at 12:00 p.m. (ET)**

## NOTICE OF JOINT HEARING ON COMBINED DISCLOSURE STATEMENT AND PLAN

BY ORDER OF THE UNITED STATES BANKRUPTCY COURT:

**PLEASE TAKE NOTICE**, on June 9, 2025, the Debtors filed the Combined Disclosure Statement ("**Disclosure Statement**") and Chapter 11 Plan of Reorganization [Doc. 214] (as amended from time to time, the "**Plan**", pursuant to § 1125 of title 11 of the United States Code (the "**Bankruptcy Code**"). A hearing on final approval of the Disclosure Statement and

---

[1] The Debtors in these jointly administered chapter 11 cases ("Case(s)"), along with the last four digits of each Debtors' federal tax identification number, are: Plastic Suppliers, Inc. (9518); Sidaplax, Inc. (4275); and Specialty Films, Inc. (4273). The location of the Debtors' service address for purposes of these chapter 11 cases is: 295 E. Long Street, #415 Columbus, Ohio 43215. Terms not otherwise defined herein shall have the meaning set forth in the Plan, or if not in the Plan, the Bankruptcy Code and Rules.

230653420 v1

confirmation of the Plan has been scheduled by the Bankruptcy Court, and the following deadlines and procedures have been established:

A hearing will be held before the Honorable Andrew B. Altenburg, United States Bankruptcy Judge, in Courtroom 4B of the United States Bankruptcy Court for the District of New Jersey, Mitchell H. Cohen Courthouse, 400 Cooper St., 4th Floor, Camden New Jersey, on **August 21, 2025, at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, to consider final approval of the Disclosure Statement and any objections thereto and to consider any other matter that may properly come before the Bankruptcy Court (the "**Disclosure Statement Hearing**"). A hearing to consider confirmation of the Plan and any objections thereto ("**Plan Objections**") is scheduled to commence immediately following the Disclosure Statement Hearing (the "**Confirmation Hearing**", and, together with the Disclosure Statement Hearing, the "**Joint Hearing**"). The Joint Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date at the Joint Hearing or at an adjourned Joint Hearing. Notice of the rescheduled date of the Joint Hearing will be provided by an announcement at the Joint Hearing and will be available on the electronic case filing docket in the Debtor, PSI's Case.

Any party in interest wishing to obtain a copy of the Plan or further information may contact Debtors' counsel (i) by first class mail to Archer & Greiner, P.C., Attn: Stephen M. Packman or Douglas L. Leney, 1025 Laurel Oak Road, Voorhees, N.J. 08042 ; or (ii) by email at spackman@archerlaw.com; dleney@archerlaw.com (please reference "Plastic Suppliers, Inc." in the subject line of your email). In addition, the Plan is on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: https://www.njb.uscourts.gov/. Note that a PACER password and login are needed to access documents on the Court's website. A

2

PACER password can be obtained at: www.pacer.psc.uscourts.gov.  You may also obtain a copy of the Plan from Debtors' counsel upon request.

### ESTABLISHMENT OF OBJECTION DEADLINE AND PROCEDURES

The Court established **August 14, 2025, at 12:00 (noon) (prevailing Eastern Time)** as the last date and time for filing and serving a Plan Objection (the "**Plan Objection Deadline**").  Plan Objections not filed and served by the Plan Objection Deadline in the manner set forth in paragraph 5 below will not be considered by the Bankruptcy Court.

In order to be considered by the Bankruptcy Court, a Plan Objection must (i) be in writing, (ii) state the name and address of the objecting party and the amount and nature of the Claim or Interest of such party, (iii) state with particularity the basis and nature of any objection or proposed modification, (iv) comply with the Bankruptcy Rules and the Local Bankruptcy Rules and (v) be filed with the Clerk of the Court, with a copy delivered to Chambers, and served on counsel for the Debtor, counsel for the Committee, the Office of the United States Trustee, so as to be received on or before the Plan Objection Deadline.

The Bankruptcy Court may consider only written Plan Objections filed and served by the Plan Objection Deadline. Plan Objections not timely filed and served in accordance with the provisions of this Notice will not be heard and may be overruled.

All documents filed with the Bankruptcy Court, are available for inspection at the Office of the Clerk of the Bankruptcy Court or the Court's website set forth above.

### VOTING AND BALLOTS

If you Hold a Class 3 Non-Affiliate General Unsecured Claim that is entitled to vote on the Plan, you are receiving with this Notice of Joint Hearing a copy of the Plan and a Ballot, including Ballot completion and voting instructions, for your vote to accept or reject the Plan. Your vote is

230653420 v1

important. If you have any questions concerning the Ballot, please contact Debtors' counsel as set forth in paragraph 2 of this Notice of Joint Hearing.

## INJUNCTIONS, LIMITATIONS, RELEASES, AND EXCULPATIONS

Following confirmation, the Plan will be substantially consummated on the Effective Date. Among other things, as of the Effective Date, certain release, limitation, injunction, exculpation and discharge provisions set forth in Section 15 of the Plan will become effective. It is important to read the provisions contained in Section 15 of the Plan very carefully so that you understand how the Plan will affect you and any Claim you may hold against the Debtors.

Dated: June 30, 2025　　　　　　　　　　　　　Respectfully submitted,

**ARCHER & GREINER, P.C.**

By: */s/ Stephen M. Packman*
Stephen M. Packman
Douglas G. Leney
1025 Laurel Oak Road
Voorhees, NJ  08043
Tel: (215) 963-3300
Fax: (215) 963-9999
spackman@archerlaw.com
dleney@archerlaw.com

*Attorneys for Debtors*