United States Bankruptcy Court

District of New Jersey

Plastic Suppliers, Inc.  Case No. 24-22549

Court ID (Court use only)_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Argo Partners** | **ONE STEP CLOSER** |
| Name and Address where notices and payments to transferee should be sent | Court Record Address of Transferor |
| **Argo Partners**<br>**12 West 37th Street, Ste 900**<br>**New York, NY  10018**<br>Phone: 212-643-5446 | **ONE STEP CLOSER**<br>**16 SOTELO AVE PIEDMONT,**<br>**CA 94611** |
| | Court Claim #<br>**Amount  $2,500.00** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Matthew Binstock                                   Date: 7/1/2025
 Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|
| The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court. |

Date:_____                              _____
                                                      **CLERK OF THE COURT**

## ASSIGNMENT OF CLAIM

**ONE STEP CLOSER,** having a mailing address at **16 SOTELO AVE, PIEDMONT, CA 94611** ("Assignor"), in consideration of the sum of _____ _of the Claim (the "Purchase Rate"), or _____ (the "Purchase Price"), does hereby transfer to Argo Partners, which includes Argo Partners II LLC and Argo Partners Fund III LLC, having an address at 12 West 37th Street, 9th Fl. New York, NY 10018 ("Assignee") all of Assignor's right, title and interest in and to claim or claims of Assignor (the "Claim"), as more specifically set forth against **Plastic Suppliers, Inc.** Case No. 24-22549, in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the District of New Jersey (the "Court"), in the currently outstanding amount of not less than **$2,500.00** and all rights and benefits of Assignor relating to the Claim, including without limitation the Proof of Claim identified below and Assignor's rights to receive all interest, penalties and fees, if any, which may be paid with respect to the Claim and all other claims, causes of action against the Debtor, its affiliates, any guarantor or other third party and all cash, securities, instruments and other property which may be paid or issued by Debtor in satisfaction of the Claim, together with voting and other rights and benefits arising from, under or relating to any of the foregoing. The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment shall be deemed an absolute and unconditional assignment of the Claim for the purpose of collection and shall not be deemed to create a security interest. For the avoidance of doubt, the Claim shall include, without limitation, any and all cure claims, reclamation claims and administrative priority claims that may arise out of the same underlying contracts or facts and circumstances that give rise to the Claim.

The term "Proof of Claim" shall mean any and all proofs of claim that may be filed with the Court or it's representative in respect of the Claim or any part thereof, whether formal or informal and whether previously or hereafter filed which has not been revoked or superseded. For the avoidance of doubt, if the Proof of Claim amount differs from the Claim amount set forth above, Assignee shall nevertheless be deemed the owner of the entire Proof of Claim subject to the terms of this Agreement and shall be entitled to identify itself as owner of such Proof of Claim on the records of the Court.

Assignor further represents and warrants that: the amount of the Claim is not less than **$2,500.00;** the Claim in that amount is valid and enforceable; no objection to the Claim exists; the Claim is listed by the Debtor on its schedule of liabilities as amended to date ("Schedule") as such; no consent, approval, filing or corporate, partnership or other action is required as a condition to, or otherwise in connection with, the execution, delivery and performance of this Agreement by Assignor, this Agreement has been duly authorized, executed and delivered by Assignor and Assignor has the requisite power and authority to execute, deliver and perform this Agreement; this Agreement constitutes the valid, legal and binding agreement of Assignor, enforceable against Assignor in accordance with its terms; no payment or other distribution has been received by Assignor, or by any third party on behalf of Assignor, in full or partial satisfaction of, or in connection with the Claim; Assignor has not engaged in any acts, conduct or omissions that might result in Assignee receiving in respect of the Claim proportionately less payments or distributions or less favorable treatment per dollar of claim than other unsecured creditors; the Claim is not subject to any factoring agreement; Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part; Assignor owns and has title to the Claim free of any and all liens, security interests or encumbrances of any kind or nature whatsoever; and it is not subject to any offset, defenses or subordination that have been or may be asserted by or on behalf of Debtor or any other party to reduce the amount of the Claim or to impair its value. Assignor agrees to indemnify Assignee from all losses, damages and liabilities, including attorneys fees and expenses, which result from Assignor's breach of any representation, warranty or covenant set forth herein, or from any action, proceedings, objection or investigation relating to any attempt or threatened attempt to avoid, disallow, reduce, subordinate or otherwise impair the Claim or otherwise delay payments or distributions in respect of the Claim. Neither party hereto assumes or shall be responsible for any obligations or liabilities of the other party related to or in connection with this Assignment of Claim.

Assignor is aware that the above Purchase Price may differ from the amount ultimately distributed in the Proceedings with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization. Assignor acknowledges that, except as set forth in this Assignment, neither Assignee nor any agent or representative of Assignee has made any representation whatsoever to Assignor regarding the status of the Proceedings, the condition of Debtor (financial or otherwise) or any other matter relating to the Proceedings, the Debtor or the Claim. Assignor represents that it has adequate information concerning the business and financial condition of Debtor and the status of the Proceedings to make an informed decision regarding the sale of the Claim and that it has independently and without reliance on Assignee, and based on such information as Assignor has deemed appropriate (including information available from the files of the Court in the Proceedings), made its own analysis and decision to enter into this Assignment of Claim.

Assignee assumes all of the recovery risk in terms of the amount paid on the Claim. Assignee does not, however, assume the risk that all or any part of the Claim may become, becomes, or is disallowed, avoided, reduced, disputed, objected to or otherwise impaired in

any way (any of the occurrences or conditions described is referenced herein singularly and/or collectively as an "Impairment"). In the event of Impairment, Assignor agrees to immediately refund an amount equal to the portion of the Claim Amount subject to the Impairment multiplied by the Purchase Rate.

In the event the Claim is ultimately allowed in an amount in excess of the amount purchased herein, Assignor is hereby deemed to sell to Assignee, and Assignee hereby agrees to purchase, the balance of said Claim at the same percentage of claim paid herein not to exceed twice the Claim amount specified above. Assignee shall remit such payment to Assignor upon Assignee's satisfaction in its sole discretion that the Claim has been allowed in the higher amount and that neither the Claim nor distributions thereon is subject to any potential objection or reduction by the Debtor.

*matt Binstock*

Assignor hereby irrevocably appoints Assignee as its true and lawful attorney and authorizes Assignee to act in Assignor's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Claim herein assigned. Assignor grants unto Assignee full authority to do all things necessary to enforce the claim and its rights thereunder pursuant to this Assignment of Claim. Assignor agrees that the powers granted by this paragraph are discretionary in nature and that Assignee may exercise or decline to exercise such powers at Assignee's sole option. Assignee shall have no obligation to take any action to prove or defend the Claim's validity or amount in the Proceedings. Assignor agrees to take such further action, at its own expense, as may be necessary or desirable to effect the assignment of the Claim and any payments or distributions on account of the Claim to Assignee including, without limitation, the execution of appropriate transfer powers, corporate resolutions and consents.

Assignor agrees to forward to Assignee all notices received from Debtor, the Court or any third party with respect to the Claim assigned herein and to vote the Claim, and to take such other action with respect to the Claim in the Proceedings, as Assignee may from time to time request. Assignor further agrees that any distribution received by Assignor on account of the Claim, whether in the form of cash, securities, instrument or any other property, shall constitute property of Assignee to which Assignee has an absolute right, and that Assignor will hold such property in trust and will, at its own expense, promptly (but not later than 5 business days after receipt thereof) deliver to Assignee any such property in the same form received, together with any endorsements or documents necessary to transfer such property to Assignee.

The terms of this Assignment of Claim shall be binding upon, and shall inure to the benefit of and be enforceable by Assignor, Assignee and their respective successors and assigns.

Assignor hereby acknowledges that Assignee may at any time reassign the Claim, together with all right, title and interest of Assignee in and to this Assignment of Claim. All representations, warranties, indemnities and agreements made herein shall survive the execution and delivery of this Assignment of Claim and any such re-assignment. This Assignment of Claim may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

This Assignment of Claim shall be governed by and construed in accordance with the laws of the State of New York. Any action arising under or relating to this Assignment of Claim may be brought in any State or Federal court located in the State of New York, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Assignment of Claim, and in any action hereunder Assignor waives the right to demand a trial by jury.

### CONSENT AND WAIVER

Assignor hereby acknowledges and consents to all of the terms set forth in this Assignment of Claim and hereby waives its right to raise any objections thereto and its right to receive notice pursuant to Rule 3001 of the Rules of Bankruptcy Procedure.

IN WITNESS WHEREOF, the undersigned **Assignor** hereunto sets its hand this ___26___ day of ___June___ 2025.

ATTEST:

By: _____
   Signature

   *Lara Dickinson*
_____
   Print Name/Title
   **ONE STEP CLOSER**

4157309583
_____
   Telephone #

_____
   Fax #

Lara@OSC2.org
_____
   E-mail

IN WITNESS WHEREOF, the undersigned **Assignee** hereunto sets its hand this ___1ST___ day of ___July___ 2025.

ATTEST:

By: _Matthew Binstock_
   Matthew Binstock
   Argo Partners
   212-643-5446

| VENDOR | VENDOR_ADDRESS | VENDOR_ADDRESS_LINE2 | VENDOR_CITY | VENDOR_STATE | VENDOR_COUNTRY | VENDOR_ZIP | VENDORNO | Min Invoice Date | Total Payables | Basis of claim | Offset | Claim is: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NATUREWORKS LLC USA | 17400 MEDINA RD | SUITE 800 | PLYMOUTH | MN | UNITED STATES OF AMERICA | 55447 | 1880 | 2024-02-13 | 2,742,143.11 | Invoice | No | |
| INEOS STYROLUTION AMERICA LLC | 4245 MERIDIAN PARKWAY | SUITE 151 | AURORA | IL | UNITED STATES OF AMERICA | 60504 | 1625 | 2024-10-15 | 301,341.00 | Invoice | No | |
| DANIMER BIOPLASTICS INC | PO BOX 7965 | | BAINBRIDGE | GA | UNITED STATES OF AMERICA | 39818 | 1347 | 2024-07-08 | 248,376.00 | Invoice | No | |
| TOTALENERGIES PETROCHEMICALS & REFINING USA INC | 1201 LOUISIANA ST | SUITE 1800 | HOUSTON | TX | UNITED STATES OF AMERICA | 77002 | 311619 | 2024-08-06 | 209,232.65 | Invoice | No | |
| AMERICAS STYRENICS | 15305 COLLECTIONS CTR DRIVE | | CHICAGO | IL | UNITED STATES OF AMERICA | 60693 | 1047 | 2024-08-27 | 202,850.22 | Invoice | No | |
| SUEDPACK VERPACKUNGEN SE & CO. KG. | JAGERSTRABE 23 | 88416 OCHSENHAUSEN | | | GERMANY | | 311598 | 2024-09-01 | 195,130.00 | Invoice | No | |
| MITSUBISHI INT'L CORPORATION | 151 W 42ND STREET | | NEW YORK | NY | UNITED STATES OF AMERICA | 10036 | 200132 | 2024-10-15 | 179,932.77 | Invoice | No | |
| FUTAMURA USA INC | 280 INTERSTATE CIRCLE | STE 530 | ATLANTA | GA | UNITED STATES OF AMERICA | 30339 | 311487 | 2024-05-15 | 142,702.03 | Invoice | No | |
| BIOME BIOPLASTICS INC. | 200 CONTINENTAL DRIVE | SUITE 401 | NEWARK | DE | UNITED STATES OF AMERICA | 19713-4337 | 311823 | 2024-10-01 | 98,662.17 | Invoice | No | |
| PRIORITY-1 INC | PO BOX 840808 | | DALLAS | TX | UNITED STATES OF AMERICA | 75284-0808 | 311829 | 2024-10-24 | 88,068.16 | Invoice | No | |
| LYONDELLBASELL ADVANCED POLYMERS INC | 1221 McKINNEY ST | SUITE 300 | HOUSTON | TX | UNITED STATES OF AMERICA | 77010 | 311346 | 2024-11-05 | 56,480.00 | Invoice | No | |
| JB MILL & FABRICATING INC | 2851 EASTBROOK VOLANT RD | | NEW CASTLE | PA | UNITED STATES OF AMERICA | 16105 | 1662 | 2024-08-01 | 52,606.00 | Invoice | No | |
| SUKANO POLYMERS CORP | 295 PARKWAY EAST | | DUNCAN | SC | UNITED STATES OF AMERICA | 29334 | 310251 | 2024-08-15 | 52,339.71 | Invoice | No | |
| RWDC INDUSTRIES LLC | 2500 DANIELLS BRIDGE ROAD | SUITE 101 | ATHENS | GA | UNITED STATES OF AMERICA | 30606 | 311802 | 2024-09-30 | 47,180.44 | Invoice | No | |
| GREIF | PO BOX 734739 | | CHICAGO | IL | UNITED STATES OF AMERICA | 60673-4739 | 1207 | 2024-08-09 | 45,116.85 | Invoice | No | |
| ROL-VAC LP | 207 TRACY ROAD | PO BOX 777 | DAYVILLE | CT | UNITED STATES OF AMERICA | 06241 | 311015 | 2024-10-23 | 41,231.00 | Invoice | No | |
| INTEPLAST/AMTOPP | 9 PEACH TREE HILL ROAD | | LIVINGSTON | NJ | UNITED STATES OF AMERICA | 07039 | 1641 | 2024-10-11 | 39,976.48 | Invoice | No | |
| THE NELSON COMPANY | PO BOX 64404 | | BALTIMORE | MD | UNITED STATES OF AMERICA | 21264-4404 | 1884 | 2024-09-02 | 36,688.95 | Invoice | No | |
| POLYVEL INC | 100 NINTH STREET | | HAMMONTON | NJ | UNITED STATES OF AMERICA | 8037 | 2026 | 2024-09-10 | 35,310.00 | Invoice | No | |
| BASF CORPORATION | 100 PARK AVENUE | | FLORHAM | NJ | UNITED STATES OF AMERICA | 07932 | 1127 | 2024-10-02 | 28,782.44 | Invoice | No | |
| BAMBERGER AMCO POLYMERS | 1900 SUMMIT TOWER BLVD | SUITE 900 | ORLANDO | FL | UNITED STATES OF AMERICA | 32810 | 311204 | 2024-10-04 | 25,430.55 | Invoice | No | |
| STANDRIDGE COLOR CORPORATION | 1196 E. HIGHTOWER TRAIL | | SOCIAL CIRCLE | GA | UNITED STATES OF AMERICA | 30025 | 310341 | 2024-07-08 | 21,927.00 | Invoice | No | |
| EPSTEIN BECKER & GREEN PC | 875 3RD AVE | | NEW YORK | NY | UNITED STATES OF AMERICA | 10022 | 311637 | 2024-06-24 | 19,942.50 | Invoice | No | |
| CONSTELLATION NEW ENERGY INC - B | ACCT 40621022726554 | PO BOX 4640 | CAROL STREAM | IL | UNITED STATES OF AMERICA | 60197-4640 | 311269 | 2024-12-22 | 18,458.08 | Invoice | No | |
| ANAGO OF GREATER COLUMBUS | 20 SW 27th AVENUE | SUITE 300 | POMPANO BEACH | FL | UNITED STATES OF AMERICA | 33069 | 310583 | 2024-08-01 | 16,125.00 | Invoice | No | |
| M HOLLAND | 400 SKOKIE BLVD | SUITE 600 | NORTHBROOK | IL | UNITED STATES OF AMERICA | 60062 | 311452 | 2024-11-08 | 16,027.27 | Invoice | No | |
| MOTION INDUSTRIES INC | PO BOX 504606 | | ST LOUIS | MO | UNITED STATES OF AMERICA | 63150 | 1855 | 2024-07-29 | 14,286.31 | Invoice | No | |
| KAMPF MACHINERY CORPORATION | KENNEDY TECHNOLOGY CTR | 900 RIVER STREET   UNIT H | WINDSOR | CT | UNITED STATES OF AMERICA | 6095 | 1687 | 2024-09-18 | 11,667.13 | Invoice | No | |
| SK MICROWORKS AMERICA (SKC INC) | PO BOX 102642 | | ATLANTA | GA | UNITED STATES OF AMERICA | 30368-2642 | 2152 | 2024-12-11 | 10,069.72 | Invoice | No | |
| CJ RESEARCH CENTER | 19 PRESIDENTIAL WAY | SUITE 301 | WOBURN | MA | UNITED STATES OF AMERICA | 01801 | 311766 | 2024-09-17 | 10,008.00 | Invoice | No | |
| PRECISION CHEMICAL LLC | 1888 W SHELTON RD | | BOONVILLE | IN | UNITED STATES OF AMERICA | 47601 | 311089 | 2024-10-02 | 9,997.53 | Invoice | No | |
| CINTAS CORPORATION #304 | PO BOX 630803 | | CINCINNATI | OH | UNITED STATES OF AMERICA | 45263-0803 | 1252 | 2024-08-08 | 9,854.21 | Invoice | No | |
| SONOCO PRODUCTS CO | 91218 COLLECTION CTR DR | | CHICAGO | IL | UNITED STATES OF AMERICA | 60693-1218 | 2165 | 2024-11-04 | 9,654.90 | Invoice | No | |
| KANAWHA SCALES & SYSTEMS | PO BOX 569 | | POCA | WV | UNITED STATES OF AMERICA | 25159 | 1688 | 2024-07-31 | 7,961.90 | Invoice | No | |
| EXPEDIENT/CONTINENTAL BROADBAND | | PO BOX 645209 | PITTSBURGH | PA | UNITED STATES OF AMERICA | 15264 | 1451 | 2024-12-22 | 7,883.07 | Invoice | No | |
| MYLAR SPECIALTY FILMS (DUPONT TEIJIN FILMS US LP) | BERMUDA HUNDRED / DISCOVER DR | | HOPEWELL | VA | UNITED STATES OF AMERICA | 23860 | 1408 | 2024-11-20 | 7,805.61 | Invoice | No | |
| REA & ASSOCIATES INC | 5775 PERIMETER DRIVE | SUITE 200 | DUBLIN | OH | UNITED STATES OF AMERICA | 43017-3224 | 2058 | 2024-07-30 | 7,100.00 | Invoice | No | |
| SHORR PACKAGING CORP | 4000 FERRY ROAD | | AURORA | IL | UNITED STATES OF AMERICA | 60502 | 2139 | 2024-07-16 | 7,080.60 | Invoice | No | |
| PLASTICS CONVERTING SOLUTIONS LTD | 5341 RIVER STYX RD | | MEDINA | OH | UNITED STATES OF AMERICA | 44256 | 310995 | 2024-09-01 | 7,019.60 | Invoice | No | |
| WORKDAY (ADAPTIVE) | 6110 STONERIDGE MAIL ROAD | | PLEASANTON | CA | UNITED STATES OF AMERICA | 94588 | 311530 | 2024-10-06 | 6,718.75 | Invoice | No | |
| EVERHART ADVISORS | 535 METRO PLACE SOUTH | SUITE 100 | DUBLIN | OH | UNITED STATES OF AMERICA | 43017 | 310514 | 2024-07-23 | 6,099.00 | Invoice | No | |
| SUN LIFE FINANCIAL | # 949780-0001 | ONE SUN LIFE EXECUTIVE PARK | WELLESLEY HILLS | MA | UNITED STATES OF AMERICA | 02481 | 311677 | 2024-12-17 | 5,942.79 | Invoice | No | |
| HYG FINANCIAL SERVICES INC | PO BOX 77102 | | MINNEAPOLIS | MN | UNITED STATES OF AMERICA | 55480-7102 | 310239 | 2024-10-12 | 5,580.59 | Invoice | No | |
| PRINCIPAL LIFE INSURANCE COMPANY DBA | PRINCIPAL FINANCIAL GROUP | P O BOX 777 | DES MOINES | IA | UNITED STATES OF AMERICA | 50303-0777 | 2039 | 2024-11-01 | 5,300.00 | Invoice | No | |
| FINZER ROLLER, INC. | 6556 SOLUTION CTR DR | | CHICAGO | IL | UNITED STATES OF AMERICA | 60677 6005 | 1474 | 2024-11-18 | 5,247.15 | Invoice | No | |
| BADGER PLUG COMPANY | PO BOX 199 | | GREENVILLE | WI | UNITED STATES OF AMERICA | 54942-0199 | 1115 | 2024-09-11 | 5,181.12 | Invoice | No | |
| ULINE INC | PO BOX 88741 | | CHICAGO | IL | UNITED STATES OF AMERICA | 60680-1741 | 2301 | 2024-08-07 | 5,064.00 | Invoice | No | |
| THE MGM GROUP, INC. | 8584 EAST WASHINGTON STREET | SUITE 212 | CHAGRIN FALLS | OH | UNITED STATES OF AMERICA | 44023 | 312034 | 2024-12-18 | 5,000.00 | Invoice | No | |
| OPTICS CONSULTING LLC | 545 METRO PLACE SOUTH | SUITE 100 | DUBLIN | OH | UNITED STATES OF AMERICA | 43017 | 311529 | 2024-07-01 | 4,800.00 | Invoice | No | |
| UNITED REFRIGERATION SERVICE INC | PO BOX 23079 | | COLUMBUS | OH | UNITED STATES OF AMERICA | 43223 | 2305 | 2024-09-01 | 4,748.62 | Invoice | No | |
| COMPOST MANUFACTURING ALLIANCE LLC | 1540 RETSIL ROAD SE | | PORT ORCHARD | WA | UNITED STATES OF AMERICA | 98366 | 311979 | 2024-09-03 | 4,000.00 | Invoice | No | |
| MSDSonline INC | DBA VELOCITY EHS | 222  MERCHANDISE MART PLAZA | CHICAGO | IL | UNITED STATES OF AMERICA | 60654 | 311244 | 2024-10-11 | 3,988.87 | Invoice | No | |
| TENNANT SALES AND SERVICE CO | PO BOX 71414 | | CHICAGO | IL | UNITED STATES OF AMERICA | 60694-1414 | 310893 | 2024-08-12 | 3,838.60 | Invoice | No | |
| HYDROTHRIFT CORPORATION | 1301 SANDERS AVENUE SW | | MASSILLON | OH | UNITED STATES OF AMERICA | 44647 | 312010 | 2024-09-25 | 3,799.00 | Invoice | No | |
| ARCHER & GREINER P.C. | 1025 LAUREL OAK ROAD | | VOORHEES | NJ | UNITED STATES OF AMERICA | 08043 | 1078 | 2024-12-03 | 3,760.00 | Invoice | No | |
| CDW DIRECT LLC | PO BOX 75723 | | CHICAGO | IL | UNITED STATES OF AMERICA | 60675-5723 | 1221 | 2024-11-07 | 3,759.28 | Invoice | No | |
| HOOD CONTAINER CORPORATION | 3700 LOCKBOURNE RD | | COLUMBUS | OH | UNITED STATES OF AMERICA | 43207 | 1208 | 2024-12-04 | 3,622.83 | Invoice | No | |
| INDUSTRY INTELLIGENCE, INC. | 1990 SOUTH BUNDY DRIVE | SUITE 380 | LOS ANGELES | CA | UNITED STATES OF AMERICA | 90025 | 311931 | 2024-09-01 | 3,600.00 | Invoice | No | |
| COLUMBUS CITY TREASURER WATER & SEWER | ACCT# 238501-1260928 | P O BOX 182882 | COLUMBUS | OH | UNITED STATES OF AMERICA | 43218-2882 | 1286 | 2024-12-13 | 5,001.32 | Invoice | No | |
| COLUMBUS CITY TREASURER WATER & SEWER | ACCT 238501-1142338 | P O BOX 182882 | COLUMBUS | OH | UNITED STATES OF AMERICA | 43218-2882 | 1284 | 2024-12-22 | 5,001.32 | Invoice | No | |
| CISION US INC | 12051 INDIAN CREEK COURT | | BELTSVILLE | MD | UNITED STATES OF AMERICA | 20705 | 311631 | 2024-10-01 | 3,277.50 | Invoice | No | |
| ORKIN COMMERCIAL SERVICES | ACCT# 28595959 | 6230 HUNTLEY RD | COLUMBUS | OH | UNITED STATES OF AMERICA | 43229 | 1947 | 2024-10-01 | 3,190.45 | Invoice | No | |
| HAROLD PRECISION PRODUCTS COMPANY INC | 1600 GILKEY AVE | P O BOX 350 | HARTFORD CITY | IN | UNITED STATES OF AMERICA | 47348 | 1566 | 2024-09-24 | 3,175.00 | Invoice | No | |
| KEY BANK | COMMERCIAL LOAN DEPT | PO BOX 94525 | CLEVELAND | OH | UNITED STATES OF AMERICA | 44101-4525 | 310884 | 2024-12-09 | 2,869.77 | Invoice | No | |
| VFP FIRE SYSTEMS | PO BOX 74008409 | | CHICAGO | IL | UNITED STATES OF AMERICA | 60674-8409 | 2338 | 2024-10-01 | 2,750.00 | Invoice | No | |
| SPARTAN LOGISTICS | 4140 LOCKBOURNE RD | | COLUMBUS | OH | UNITED STATES OF AMERICA | 43207 | 311419 | 2024-10-01 | 2,713.00 | Invoice | No | |
| ONE STEP CLOSER | ONE STEP CLOSER | 16 SOTELO AVE | PIEDMONT | CA | UNITED STATES OF AMERICA | 94611 | 311310 | 2024-02-09 | 2,500.00 | Invoice | No | |
| OHIO TRANSMISSION CORPORATION DBA (OTC) | AIR TECHNOLOGIES | P O BOX 73278 | CLEVELAND | OH | UNITED STATES OF AMERICA | 44193 | 1025 | 2024-11-01 | 2,494.54 | Invoice | No | |
| KROY LLC DBA SMITH CORONA | 3830 KELLEY AVENUE | | CLEVELAND | OH | UNITED STATES OF AMERICA | 44114 | 311796 | 2024-08-08 | 2,468.04 | Invoice | No | |
| SUPERIOR METAL WORX | 1239 ALUM CREEK DRIVE | | COLUMBUS | OH | UNITED STATES OF AMERICA | 43209 | 310252 | 2024-08-01 | 2,365.00 | Invoice | No | |