UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Chapter 11**

In re: PLASTIC SUPPLIERS INC

Case Number: 24-22549 ABA

Claim Number: 87 for $236.00

**DEBTOR**

FILED
JEANNE A. NAUGHTON, CLERK
AUG 11 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

## WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE PROOF OF CLAIM

Please take notice that based upon further information provided by the debtor, Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Proof of Claim By the Commissioner Of Massachusetts Department of Revenue*.

GEOFFREY E. SNYDER
COMMISSIONER
MASSACHUSETTS DEPARTMENT OF REVENUE

By his duly authorized agent,

/s/ Stephanie Joyce
MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT - COLLECTIONS BUREAU
200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090 BOSTON, MA 02204-7090
(617) 626-3875

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

BANK-10  printed on recycled paper

New Jersey Bankruptcy Court
Attn: Claims
401 Market Street
Camden, NJ 08101

US POSTAGE $000.74 AUG 06 2025