## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| | ) | **Case No:24-22549** |
| **Plastic Suppliers, Inc.** | ) | |
| **Debtors,** | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF CLAIM FILED BY WELLS FARGO BANK, N.A.

COMES NOW Wells Fargo Bank, N.A. withdraws its claim pursuant to Federal Rules of Bankruptcy Procedure § 3006, filed in the Plastic Suppliers, Inc.; Case No: 24-22549. Wells Fargo Bank, N.A. filed a Proof of Claim in January 2025 in the amount of $1698.44

The claim filed by Wells Fargo Bank, N.A. has not been objected to, no adversary proceeding has been filed against Wells Fargo Bank, N.A., and Wells Fargo Bank, N.A. has not voted on a plan or otherwise participated significantly in the case.

This Notice serves as Wells Fargo Bank, N.A.'s withdrawal of its proof of claim.

Respectfully submitted,

**FILED**
JEANNE A. NAUGHTON, CLERK

AUG 19 2025

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

Nicholas Root
Loan Workout Specialist
Wells Fargo Financial Leasing, Inc.
MAC F0006-051
800 Walnut Street
Des Moines, IA 50309
Phone: (515) 805-2592
Facsimile: (877) 888-7835

# FedEx

SP-PD1100-Y

11-2057

3920458347 04

401 MARKET ST

4808 WED 08/13 07:30

08101-8016-20

CAMDEN, NJ

TP-2

## Express

© 2021 FedEx 158396 R
U.S. Patent No. 995084(

Put a copy of your ship
...documentation inside
...write the shipper.
...tails on an inner fla
steps 1–4 to attach t!
the package.

**FILED**
JEANNE A. NAUGHTON, CLERK

AUG 19 2025

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

## FedEx ®

8/12/25, 2:08 PM

earthsmart

FedEx carbon-neutral
envelope shipping

❶ Open the pre-sealed
purple flap.

**XA TKAA**

PHL
NJ-US
08101

TRK# [0201]  3920 4583 4704

WED - 13 AUG 5:00P
STANDARD OVERNIGHT

DEPT: ESO
PO: F0006-052

REF: 0216589
INV:
(856) 361-2300

CAMDEN NJ 08101

**PEEL HERE ▼**

eSO Shipment – Label

TO  CLERK OF COURT
US POST OFFICE AND COURTHOUSE
401 MARKET STREET

BILL SENDER

DES MOINES, IA 50306
F0006-052 FL 01:
801 WA N IT ST
UNITED STATES US

WELLS FARGO-F JUDPIMENT FINAL CE
CALL 104057607MSX/1800(
AD:WGT: 0.50 LB

58GJ4/A655/G9F2