UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Packman, Esquire
Douglas G. Leney, Esquire
ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (215) 963-3300
Facsimile: (215) 963-9999
Email:  spackman@archerlaw.com
          dleney@archerlaw.com
*Attorneys for Debtors*

| | |
|---|---|
| In re: | Chapter 11 |
| PSI WINDDOWN, INC<br>f/k/a Plastic Suppliers, Inc.[1] | Case No. 24-22549 (ABA)<br>(Jointly Administered) |
| Debtors. | Judge:  Altenburg |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE

TO ALL CREDITORS AND PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:

1.      Commencement of this Case.  On December 22, 2024 ("Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") commenced the above-captioned chapter 11 case ("Chapter 11 Case") by filing each a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey ("Court").

2.      Filing of the Plan.  On June 9, 2025, the Debtors filed the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 214].

3.      Filing of Amended Plan.  On August 20, 2025, the Debtors filed the *Debtors' First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [D.I. 262] (the "Amended Plan").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are:  Plastic Suppliers, Inc. (9518); Specialty Films, Inc. (4273); and Sidaplax, Inc. (4275).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  2400-2450 Marilyn Pk. Ln., Columbus, OH 43219.

231016098 v1

4.      Confirmation of the Plan.  On August 21, 2025, the Court entered its *Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming Debtors' First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation* (the "Confirmation Order") [D.I. 267]. Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable.  You may obtain copies of any pleadings filed in this Chapter 11 Case for a fee via PACER at: https://ecf.njb.uscourts.gov/.

5.      Effective Date.  Pursuant to the Confirmation Order and D.N.J. LBR 3020-1, the Debtors hereby certify and give notice that the Plan became effective in accordance with its terms, and the Effective Date occurred on September 15, 2025 (the "Effective Date").

Dated: September 16, 2025                    ARCHER & GREINER, P.C.

                                            */s/ Stephen M. Packman*
                                            Stephen M. Packman
                                            Douglas G. Leney
                                            1025 Laurel Oak Road
                                            Voorhees, NJ 08043
                                            (215) 963-3300
                                            (215) 963-9999 (fax)
                                            spackman@archerlaw.com
                                            dleney@archerlaw.com
                                            *Attorneys for the Debtors*

2

231016098 v1