**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Plastic Suppliers, Inc., | : | Case No. 24-22549 |
| | : | |
| Debtor. | : | Judge Andrew B. Altenburg, Jr. |

**NOTICE OF WITHDRAWAL OF CLAIM #84**

The State of Ohio, Bureau of Workers' Compensation, respectfully withdraws its proof of claim #84-1 in the above-captioned case filed on April 30, 2025, in the amount of $307,618.72, and amended claim #84-2 filed on June 20, 2025, in the amount of $307,618.72.

s/ Erin M. Dooley
Erin M. Dooley (Ohio Bar No. 0089092)
Attorney for Creditor
Ohio Bureau of Workers' Compensation
30 West Spring Street
Columbus, Ohio 43215
P: (614) 728-4849
Erin.D.1@bwc.ohio.gov

CERTIFICATE OF SERVICE

    I certify that on October 7, 2025, a true and correct copy of the Notice of Withdrawal of Claim #84 was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Douglas G. Leney, Counsel for Debtor  dleney@archerlaw.com
- Stephen M. Packman, Counsel for Debtor spackman@archerlaw.com
- Samantha Lieb, U.S. Trustee samantha.lieb2@usdoj.gov
- Jeffrey M. Sponder, U.S. Trustee jeffrey.m.sponder@usdoj.gov
- Kelly D. Curtin, Creditor Committee kdcurtin@pbnlaw.com
- Brett S. Moore, Creditor Committee bsmoore@pbnlaw.com

 

s/ Erin M. Dooley
Erin M. Dooley (Ohio Bar No. 0089092)
Attorney for Creditor
Ohio Bureau of Workers' Compensation
30 West Spring Street
Columbus, Ohio 43215
P: (614) 728-4849
Erin.D.1@bwc.ohio.gov