FILED
JEANNE A. NAUGHTON, CLERK
OCT 08 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____ DEPUTY

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| PSI WINDDOWN, INC. f/k/a Plastic Suppliers, Inc., *et al.*, | Case No. 25– 22549 (ABA) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CLAIM

Please take notice that [ John Hess ] hereby withdraws Claim No. [ 19 &75 ] filed in the above-captioned cases.

The undersigned certifies that the said claim has not been the subject of an objection, nor has the creditor been the defendant in an adversary proceeding in this case, nor has the creditor significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

Dated: _10/2/2025_____    ____John G Hess__ /s/ John P Hess

**ARCHER**
ATTORNEYS AT LAW

Archer & Greiner, P.C. | 1211 Avenue of the Americas
Suite 2750 | New York, NY 10036

NEW YORK NY 100
6 OCT 2025 PM
FIRST-CLASS

ZIP 10036
02 7H
0006236038

US POSTAGE (IMI) PITNEY BOWES
$ 000.74⁰
OCT 06 2025

United States Bankruptcy Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, N.J. 08101