| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bruce Duke, Esq.<br>141 – I Rte. 130 S., #380<br>Cinnaminson, New Jersey 08077<br>(732) 200-9084l<br>;<br><br>*and*<br><br>Lloyd A. Lim; Rachel T. Kubanda<br>Kean Miller LLP<br>711 Louisiana Street, Suite 1800 South Tower<br>Houston, Texas 77002<br>Telephone: (713) 844-3000<br>Facsimile: (713) 844-3030<br>Email:<br>Email:<br><br>*Attorneys for Americas Styrenics, LLC* | |
| In re:<br><br>PSI WINDDOWN, INC. *f/k/a* Plastic Suppliers, Inc., *et al.*[1] | Chapter 11<br><br>Case No. 24-22549-ABA<br>(Jointly Administered)<br>**Hearing Date: 11/25/2025 at 10:00 am ET.** |

### AMERICAS STYRENICS, LLC'S RESPONSE TO DEBTORS' OBJECTION TO ADMINISTRATIVE PROOF OF CLAIM FILED BY AMERICAS STYRENICS, LLC

[Relates to Doc. No. 299]

Americas Styrenics, LLC ("AmSty"), by and through its counsel, hereby files this Response (the "Response") to *Debtors' First Omnibus Objection to Certain (I) Certain Amended and/or Duplicate Claims; (II) Certain Priority Claims; (III) Certain Satisfied Claims; (IV) Certain*

---

[1] The Debtors in these jointly administered chapter 11 cases are, individually, Plastic Suppliers Inc. ("PSI"); Specialty Films, Inc. ("SFI"); and Sidaplax, Inc. ("Sidaplax"), who are collectively referred to as "Debtors" and/or "PSI Winddown, Inc."

1

*No Liability / Partial Liability Claims; (V) Certain Untimely Claims; (VI) Certain Withdrawn Claims; and (VII) for Related Relief* [Doc. No. 299] (the "Omnibus Objection"). In support of its Response, AmSty hereby states as follows:

## BRIEF BACKGROUND

1. On March 18, 2025, the Court entered an *Order (I) Establishing Administrative Claim Bar Date, and (II) Approving Form and Manner of Notice Thereof* [Doc. No. 156] ("Order"). The Order established **April 17, 2025** as the "Administrative Expense Bar Date":

> IT IS HEREBY ORDERED THAT […] April 17, 2025 (the "Administrative Expense Bar Date") is the late [*sic*] date and time by which all persons or entities must file and serve on the Debtors requests for allowance of chapter 11 administrative expenses, including any claims arising under section 503(b)(9) of the Bankruptcy Code.

Doc. No. 16, at ¶ 2.

2. On April 15, 2025 (i.e., two days before the deadline), AmSty filed an Administrative Expense Proof of Claim [the "Admin Claim", filed at Claim No. 81] in the amount of **$3,239.61**.

3. On October 24, 2025, the Debtors filed their Omnibus Objection, and specifically objected to AmSty's Admin Claim on the basis of being "untimely":

| | | | | |
|---|---|---|---|---|
| American Styrenics LLC<br>c/o Lloyd A. Lim, Esq.<br>Kean Miller LLP<br>711 Louisiana, Ste 1800<br>Houston, TX 77002 | Claim No. 81<br>Case No. 24-22549 | 4/15/25 | $3,239.61 | This admin Claim was filed after the General POC Bar Date and the Administrative Claim Bar Date and should be disallowed in its entirety. |

Doc. No. 299-2, at 12 of 13.

## RESPONSE TO OBJECTION

4. As noted above and reflected in the Claim's Register, AmSty timely filed its Admin Claim on April 15, 2025. In fact, AmSty filed its Admin Claim two days before the Administrative Expense Bar Date (i.e., April 17, 2025).

2

5. Debtors' Omnibus Objection even acknowledges the fact that AmSty's Admin Claim was filed on "4/15/2025." Accordingly, there is no dispute that AmSty timely filed its Admin Claim.[2]

6. For these reasons, Debtors' objection to AmSty's Admin Claim should be denied.

## RESERVATION OF RIGHTS

7. AmSty expressly reserves all rights, claims, defenses, and remedies available under applicable law, including, without limitation, the right to amend, supplement, or modify this Response, to assert additional objections to the Omnibus Objection, and to raise any other arguments or defenses in connection with these matters upon the discovery of additional information material to this Response. Nothing herein shall be deemed a waiver of any rights, including the right to appeal or seek further relief.

## WAIVER OF MEMORANDUM OF LAW

8. Because the legal basis upon which AmSty relies is incorporated fully herein, and this Response does not raise any novel issues of law, AmSty respectfully requests that the Court waive any requirement to file a separate memorandum of law pursuant to D.N.J. LBR 9013-1(a)(3).

[*Continued on Next Page.*]

---

[2] Prior to filing this Response, AmSty's counsel attempted to contact Debtors' counsel on numerous occasions but was unsuccessful in connecting with counsel.

**CONCLUSION**

WHEREFORE, AmSty respectfully requests this Court enter an order: (i) overruling the Debtors' objection to AmSty's Admin Claim as stated herein and allow AmSty's Admin Expense Claim in the amount of **$3,239.61**; and (ii) award such other and further relief as the Court deems just and appropriate.

Date:   November 18, 2025

By:   */s/ Bruce Duke*
Bruce Duke, Esq.
141 – I Rte. 130 S., #380
Cinnaminson, New Jersey 08077
(732) 200-9084l
;

*and*

Lloyd A. Lim; Rachel T. Kubanda
Kean Miller LLP
711 Louisiana Street, Suite 1800 South Tower
Houston, Texas 77002
Telephone: (713) 844-3000
Facsimile: (713) 844-3030
Email:
Email:

*Attorneys for Americas Styrenics, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on November 18, 2025, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey and that a true and correct copy was served as indicated on all counsel of record via Notice of Electronic Filing.

By: */s/ Bruce Duke*
Bruce Duke, Esq.
141 – I Rte. 130 S., #380
Cinnaminson, New Jersey 08077
(732) 200-9084l

*Attorney for Americas Styrenics, LLC*