FILED
JEANNE A. NAUGHTON, CLERK

NOV 24 2025

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>PSI WINDDOWN, INC.,<br>  f/k/a Plastic Suppliers, Inc., | Case No.:  24-22549-ABA<br><br>Adversary No.: _____<br><br>Chapter:  11<br><br>Judge:  Altenburg |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    Harvi Basko, creditor
(Example: John Smith, creditor)

Old address:    3876 Tweedsmuir Dr

Columbus, OH 43221

New address:    6567 Greensway Loop

Dublin, OH 43016

New phone no.: _____
(if debtor is filing and their phone number has changed).

❏ Check here if you are a debtor or a joint debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint debtor's DeBN account number: _____

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.


Date:  11-12-2025                    /s/ Harvi Basko

                                     Signature



Harvi Basko
6567 Greensway Loop
Dublin, OH 43016

COLUMBUS OH 430
22.NOV.2025. PM 1 L

To US Bankruptcy Court Clerk's office
401 Market Street, Second Floor
Camden, NJ 08101

08101-001699