| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Stephen M. Packman, Esquire<br>Douglas G. Leney, Esquire<br>ARCHER & GREINER, P.C.<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043<br>Telephone: (215) 963-3300<br>Facsimile: (215) 963-9999<br>Email: spackman@archerlaw.com<br>         dleney@archerlaw.com<br><br>*Attorneys for Debtors* |

| | |
|---|---|
| In re:<br><br>PSI WINDDOWN, INC. *f/k/a* Plastic Suppliers, Inc.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 24-22549-ABA<br>(Jointly Administered)<br><br>**Hearing Date: 2/10/2026 at 10:00 a.m. (ET)**<br>**Objection Deadline: 2/3/2026** |

### *AMENDED* NOTICE OF DEBTORS' OBJECTION TO PROOF OF CLAIM FILED BY INTERNAL REVENUE SERVICE

TO:    PARTIES ON THE SERVICE LIST

PLEASE TAKE NOTICE that on December 12, 2025, PSI Winddown, Inc. *f/k/a* Plastic Suppliers, Inc., *et al.*, the post-confirmation debtors (the "Debtors"), by and through their undersigned counsel, filed with the court the *Debtors' Objection to Proof of Claim Filed by Internal Revenue Service* [Dkt. No. 334] ("Claims Objection") requesting entry of an order substantially in the form submitted therewith (the "Proposed Order")[2] overruling and disallowing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: PSI Winddown, Inc. f/k/a Plastic Suppliers, Inc. (9518); Sidaplax, Inc. (4275); and Specialty Films, Inc. (4273). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2400-2450 Marilyn Pk. Ln., Columbus, OH 43219.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

231528084 v2

the Internal Revenue Service Proof of Claim ("IRS Claim"). Your rights might be affected. You should read the Claims Objection carefully and discuss it with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one). The Debtors shall rely upon the Claims Objection and attachments in support of entry of the Proposed Order.

If you do not want the Court to enter the Proposed Order granting the relief requested in the Claims Objection, and if you want the Court to consider your opposition, then on or before **February 3, 2026**, you or your attorney must file with the Court a written request for a hearing and a response explaining your opposition at the following address:

> United States Bankruptcy Court
> District of New Jersey
> U.S. Post Office and Courthouse
> 401 Market Street
> Camden, NJ 08101

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also serve a copy upon of your opposition upon: (i) counsel for the Debtors, Archer & Greiner, P.C., Attn: Stephen M. Packman, 1025 Laurel Oak Road, Voorhees, New Jersey, 08043 (spackman@archerlaw.com); (ii) Office of the United States Trustee, (a) Attn: Jeffrey M. Sponder, Assistant U.S. Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102 (jeffrey.m.sponder@usdoj.gov); and (b) Attn: Samantha Lieb, Assistant U.S. Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102 (samantha.lieb2@usdoj.gov); and (iii) counsel to the Liquidation Trustee, Attn: Brett S. Moore, Porzio, Bromberg & Newman, 100 Southgate Parkway, P.O. Box 1997, Morristown, NJ 07962 (bsmoore@pbnlaw.com).

If the Court schedules a hearing on the Claims Objection, you must attend the hearing which is presently scheduled to be held before the Honorable Andrew B. Altenburg, Jr. on **February 10, 2026 at 10:00 AM (ET)** in the United States Bankruptcy Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101 in Courtroom 4B.  If you do not take these steps, the Court may decide that you do not oppose the relief sought in the Claims Objection and may enter the Proposed Order granting the Claims Objection.

Dated:  January 9, 2026               ARCHER & GREINER, P.C.

*/s/ Stephen M. Packman*
Stephen M. Packman
Douglas G. Leney
1025 Laurel Oak Road
Voorhees, NJ  08043
(215) 963-3300
(215) 963-9999 (fax)
spackman@archerlaw.com
dleney@archerlaw.com

*Attorneys for the Debtors*