UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Packman, Esquire
Douglas G. Leney, Esquire
ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (215) 963-3300
Facsimile: (215) 963-9999
Email: spackman@archerlaw.com
       dleney@archerlaw.com

*Attorneys for Debtors*

Order Filed on January 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

PSI WINDDOWN, INC. *f/k/a* Plastic Suppliers, Inc.,[1]

Debtors.

Chapter 11

Case No. 24-22549-ABA
(Jointly Administered)

**Hearing Date: 2/3/2026 at 10:00 a.m. (ET)**
**Judge:  Andrew B. Altenburg, Jr.**

### ORDER GRANTING DEBTORS' OBJECTION TO
### PROOF OF CLAIM FILED BY INTERNAL REVENUE SERVICE

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: January 23, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: PSI Winddown, Inc. f/k/a Plastic Suppliers, Inc. (9518); Sidaplax, Inc. (4275); and Specialty Films, Inc. (4273).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  2400-2450 Marilyn Pk. Ln., Columbus, OH 43219.

231593643 v1

Upon consideration of the *Debtors' Objection to Proof of Claim Filed by Internal Revenue Service* (the "Claims Objection")[2] filed by the above-captioned debtors (the "Debtors"), and the Court having jurisdiction over this core proceeding under 28 U.S.C. §§ 157 and 1334; and venue of this matter in the District of New Jersey being proper under 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Claims Objection, any responses to the Claims Objection, and any replies to those responses; and due notice of the Claims Objection having been provided; and it appearing that no other or further notice of the Claims Objection need be provided; and the Court having found and determined that the Internal Revenue Service has reduced its claim to zero, per its amended proof claim filed in this matter on January 22, 2026, and annexed hereto as Exhibit "A" and the relief sought in the Claims Objection and granted herein is in the best interests of the Debtors, their estate and creditors, and all parties in interest, and that the legal and factual bases set forth in the Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Claims Objection is GRANTED as forth herein.

2. The IRS Claim is hereby modified and reduced to $0.00.

3. The Clerk is hereby authorized and directed to make all revisions to the official claims registers as are necessary to reflect the relief granted in this Order.

4. The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.