WFD-42908-0312-1-pff905-24-22549
Stephen M. Packman
1025 Laurel Oak Road
Voorhees, NJ 08043

**FILED**
JEANNE A. NAUGHTON, CLERK
FEB 03 2026
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

020420  20420 1 AB 0.636 43230 1 1  10600-1-21020

JEANNE GREEN
1270 WINDWARD WAY W
COLUMBUS, OH 43230-6844

*moved from this address*

*New permanent address is*
*Jeanne Green*
*4469 Marilyn Ct*
*Grove City OH 43123*

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

020420        42908020440016

J Green
4469 Marilyn Ct
Grove City OH 43123

COLUMBUS OH  430

31 JAN 2026  PM 5  L



FOREVER          USA

United States Bankruptcy Ct
District of New Jersey
401 Market Street
Camden  NJ  08101

08101-001699