

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Stephen M. Packman, Esquire**
**Douglas G. Leney, Esquire**
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (215) 963-3300
Facsimile: (215) 963-9999
Email: spackman@archerlaw.com
          dleney@archerlaw.com

*Attorneys for Debtors*

---

**Order Filed on March 12, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

---

In re:

PSI WINDDOWN, INC. *f/k/a* Plastic
Suppliers, Inc.,[1]

          Debtor.

Chapter 11

Case No. 24-22549-ABA

(Jointly Administered)

---

**ORDER GRANTING DEBTORS' MOTION FOR FINAL DECREE
AND ORDER CLOSING THESE CHAPTER 11 CASES AND
GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: March 12, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Plastic Suppliers, Inc. (9518); Sidaplax, Inc. (4275); and Specialty Films, Inc. (4273). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2400-2450 Marilyn Pk. Ln., Columbus, OH 43219.

231686389 v4

(Page 2)
Debtor:          PSI WINDDOWN, INC. F/K/A PLASTIC SUPPLIERS, INC., *et al.*
Case No:         LEAD CASE NO.: 24-22549-ABA
Caption of Order: ORDER GRANTING DEBTORS' MOTION FOR FINAL DECREE AND ORDER CLOSING
                 THESE CHAPTER 11 CASES AND GRANTING RELATED RELIEF

Upon consideration of the *Debtors' Motion for Final Decree and Order Closing These Chapter 11 Cases and Granting Related Relief* (the "Motion")[2] and the Declaration of Michael DuFrayne in support of the Motion, filed by the above-captioned debtors (the "Debtors"), and the Court having jurisdiction over this core proceeding under 28 U.S.C. §§ 157 and 1334; and venue of this matter in the District of New Jersey being proper under 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion, any responses to the Motion, and any replies to those responses; and due notice of the Motion having been provided; and it appearing that no other or further notice of the Motion need be provided; and the Court having found and determined that the relief sought in the Motion and granted herein is in the best interests of the Debtors, their estate and creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as forth herein.

2.      These Chapter 11 Cases are hereby **CLOSED** and a final decree is granted effective as of the date of entry of this Order; provided, however, that this Court shall retain jurisdiction as provided in the Plan and the Confirmation Order.

3.      The Debtors shall pay any quarterly fees due and owing pursuant to 28 U.S.C. § 1930(a)(6) within thirty (30) days of the entry of this Order.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

231686389 v4

(Page 3)

Debtor:          PSI WINDDOWN, INC. F/K/A PLASTIC SUPPLIERS, INC., *et al.*
Case No:         LEAD CASE NO.: 24-22549-ABA
Caption of Order: ORDER GRANTING DEBTORS' MOTION FOR FINAL DECREE AND ORDER CLOSING
                 THESE CHAPTER 11 CASES AND GRANTING RELATED RELIEF

4.      Entry of this Final Decree is without prejudice to the rights of the Debtors, Liquidating Trustee, the U.S. Trustee, or any other party in interest to seek to reopen these Chapter 11 Cases for cause pursuant to Bankruptcy Code section 350(b).

5.      The Debtors are hereby deemed dissolved and may submit this Order to governmental authorities for purposes of obtaining a Certificate of Dissolution from the applicable Secretary of State or equivalent body.

6.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, and 9014 or otherwise, the terms and conditions of this Final Decree and Order shall be immediately effective and enforceable upon its entry

7.      The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

231686389 v4

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 24-22549-ABA

PSI WINDDOWN, INC.                                                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + PSI WINDDOWN, INC., 2400 Marilyn Lane, Columbus, OH 43219-1721 |
| aty | + Archer & Greiner PC, 1025 Laurel Oak Road, Voorhees, NJ 08043-3506 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyson M. Fiedler | on behalf of Creditor Transcendia alyson.fiedler@icemiller.com john.acquaviva@icemiller.com,alexandria.lundberg@icemiller.com |
| Brett S. Moore | on behalf of Other Prof. RK Consultants  LLC bsmoore@pbnlaw.com, pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;rlhemming@pbnlaw.com |
| Brett S. Moore | on behalf of Creditor Committee Official Committee of Unsecured Creditors bsmoore@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;rlhemming@pbnlaw.com |
| Brett S. Moore | on behalf of Creditor Committee Porzio  Bromberg & Newman P.C bsmoore@pbnlaw.com, pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;rlhemming@pbnlaw.com |

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 12, 2026                       Form ID: pdf903                              Total Noticed: 2

Brett S. Moore
                   on behalf of Trustee Brian K. Ryniker as Liquidation Trustee bsmoore@pbnlaw.com
                   pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;rlhemming@pbnlaw.com

Brett S. Theisen
                   on behalf of Creditor BConnected  LLC btheisen@connellfoley.com, nmitchell@gibbonslaw.com

Bruce J. Duke
                   on behalf of Creditor Americas Styrenics bruce@bdukelawfirm.com
                   5720202420@filings.docketbird.com;duke.bruceb110935@notify.bestcase.com;duke.bruceb125909@notify.bestcase.com

Daniel Stolz
                   on behalf of Creditor NatureWorks LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Douglas G. Leney
                   on behalf of Debtor PSI WINDDOWN  INC. dleney@archerlaw.com, ahuber@archerlaw.com

Gregory Francis Vizza
                   on behalf of Interested Party MidCap Business Credit LLC vizza@blankrome.com

Jeffrey M. Sponder
                   on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Karina Pia Lucid
                   on behalf of Creditor Dawn Riegert 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

Karina Pia Lucid
                   on behalf of Creditor Theodore Riegert 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

Karina Pia Lucid
                   on behalf of Creditor James R Allen 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

Kelly D. Curtin
                   on behalf of Other Prof. RK Consultants  LLC kdcurtin@pbnlaw.com,
                   mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Kelly D. Curtin
                   on behalf of Creditor Committee Official Committee of Unsecured Creditors kdcurtin@pbnlaw.com
                   mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Michael Kwiatkowski
                   on behalf of Creditor Constellation NewEnergy  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski
                   on behalf of Creditor Ohio Power Company d/b/a AEP Ohio mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Samantha Lieb
                   on behalf of U.S. Trustee U.S. Trustee samantha.lieb2@usdoj.gov

Scott S. Rever
                   on behalf of Creditor NatureWorks LLC srever@genovaburns.com
                   srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Stephen M. Packman
                   on behalf of Debtor Specialty Films  Inc. spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman
                   on behalf of Debtor PSI WINDDOWN  INC. spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen M. Packman
                   on behalf of Debtor Sidaplax  Inc. spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

U.S. Trustee
                   USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 24